Exhibit 1

Nafnti Official

Amazon.com Seller Profile: Nafnti Official





# Nafnti Official

Visit the Nafnti Official storefront

★★★★★ | **100% positive** in the last 12 months (18 ratings)

**2K Smart Bird Feeder with Camer...**
$89⁹⁹

[ Add to Cart ]

## About Seller

Nafnti Official is committed to providing each customer with the highest standard of customer service.

**Have a question for Nafnti Official?**

[ Ask a question ]

## Reviews

★★★★★ 5 out of 5
18 ratings

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon

Share your thoughts with other customers

**FILTER BY**

[ All stars ▾ ]

18 total ratings, 18 with feedback for 12 months ⓘ

★★★★★  "it came before the due date, its a gift and that won't be until next week but he will love it. We have an old lamp post in the front yard and hoping it will att... "
Read more
By Terrie Olsen on October 10, 2025.

★☆☆☆☆  "Installed it 5 Days ago. On the second day the cable broke and the bird feeder fell on the ground and got all messed up. I am not able to return it because the... "
Read more

10/24/25, 6:26 PM                                    Amazon.com Seller Profile: Nafnli Official

Leave seller feedback

By Jose on October 8, 2025.

**Message from Amazon:** This item was fulfilled by
Amazon, and we take responsibility for this fulfillment
experience.

★★★★★   "We noticed a week ago that the feeder is leaking. This
morning we can see it's leaking from at least 1 flower.
Is there a way to prevent this? We haven't used t... "
Read more

By Terry H. on October 4, 2025.

★★★★★   "Gift haven't heard back "

By BArthur on September 26, 2025.

★★★★★   "Item arrived on time. Nicely packaged. As pictured
and described. Would buy from this seller again. "

By VB757 on September 10, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshidingxinzhenyankejiyouxiangongsi
**Business Address:**
西乡街道桃源居一区

4栋503
深圳
宝安区
518126
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

Amazon.com Seller Profile: Nafnti Official

    

Smart Bird Feeder with Camera Solar Powered, 2K HD Video, AI Bird…

★★★★½ 253

Amazon's Choice

-44% $49⁹⁷

Ends in 20:33:22

List: $89.99

Get it as soon as **Wednesday, Oct 29**

FREE Shipping by Amazon

---

PeckCam® Bird Feeder with Camera Solar Powered, AI Identify & Auto Capture with 32G…

★★★★½ 195

-30% $69⁹⁸

Limited time deal

List: $99.99

Get it as soon as **Wednesday, Oct 29**

FREE Shipping by Amazon

♺ 1 sustainability feature ⌄

---

Smart Bird Feeder with Camera, 2K HD Birdwatching Camera with AI Identify Bird Species & Solar Panel,…

★★★★½ 146

-27% $79⁹⁹

List: $109.99

Get it as soon as **Wednesday, Oct 29**

FREE Shipping by Amazon

---

Kiwibit Beako™ Smart Bird Feeder with 4K Camera Solar Powered for Outdoors - Ultra HD…

★★★★★ 115

-32% $169⁹⁹

Limited time deal

List: $249.98

Get it as soon as **Wednesday, Oct 29**

FREE Shipping by Amazon

16% Claimed

♺ 1 sustainability feature ⌄

---

Bird Feeder with Camera, AI Identify B Species, Smart Bird Camera with Solar Powered, Auto Recor…

★★★★½ 837

-35% $64⁹⁹

List Price: $99.99

Get it as soon as Wedn… Oct 29

FREE Shipping by Amaz…

## Inspired by your browsing history

10/24/25, 6:26 PM                                    Amazon.com Seller Profile: Nafnlti Official











**JiaDuo Halloween Bat Costume for Baby Girl Boy Black Wing and Bow Headband Goth Hair Accessories**

★★★★½ 107

$12⁹⁹

Get it as soon as **Wednesday, Oct 29**

FREE Shipping on orders over $35 shipped by Amazon

**Lulu Home Bat Wings for Kids, Black Wings for Halloween Costume Vampire Witch Dress Up Role Play Props Party Decoration**

★★★★½ 274

$13⁹⁹-$14⁹⁹

**BROAIMX Smart Bird Feeder Camera, Free AI Forever, 1080P HD...**

★★★★½ 205

Save 22%

-22% $69⁹⁹

Typical: $89.99

Lowest price in 30 days

Get it as soon as **Friday, Oct 31**

FREE Shipping by Amazon

Only 14 left in stock - order...

**Wagner's 53002 Farmer's Delight Wild Bird Food with Cherry Flavor, 10-Pound Bag**

★★★★½ 16,653

#1 Best Seller

$12⁴⁸ ($0.08/ounce)

Get it as soon as **Wednesday, Oct 29**

FREE Shipping on orders over $35 shipped by Amazon

**ALIBBON Bat Wings Costume Chiffon Ba Wings Clothes for Women, Bat Wings I Up Accessories**

★★★★☆ 56

$11⁹⁹

Get it as soon as **Tuesd Nov 4**

## Your Browsing History View or edit your browsing history













Amazon.com Seller Profile: Nafnli Official



Reach customers wherever they spend their time

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Audiobook Publishing Made Easy | | Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



vision function enables you enjoy clear images day and night, ushering in a new era of high-definition bird watching right in your backyard.

- 【Smart AI Recognition】: The camera bird feeder's app features advanced AI bird identification technology, accurately recognizing over 10,000 bird species. It quickly matches species information without the need for manual searches—helping you become the bird expert. (30-day free AI trial, After the end of the trial, you can choose to continue with monthly/annual subscription (max $4.49/month). 2.4GHz WiFi connection, not compatible with 5G).

- 【Solar Power Supply & All-Weather Design】: The outdoor camera bird feeder is equipped with a high-efficiency 3W solar panel and a 5200mAh rechargeable battery, enabling continuous and stable operation in any weather condition without battery life anxiety. Its IP65 weatherproof rating ensures durability against rain, snow, and wind, and it can adapt to extreme temperatures ranging from -4°F to 113°F. No need to worry about frequent malfunctions, making long-term use more hassle-free.

- 【Never Miss a Feathered Visitor with Smart Alerts】: Stay connected to nature with motion-activated recording and Live View Alerts. When birds arrive, the feeder instantly captures high-quality videos and sends real-time notifications to your phone. Store your favorite moments with 3 days of free cloud storage (expandable via subscription) or use the memory card (supports up to 128GB, not included). Perfect for capturing every visit from your feathered friends, no matter where you are.

- 【Multiple ways to mount】: This smart bird feeder supports wall mount, pole mount, and tree mount,—seamlessly fitting into your backyard, patio, or garden. Easy to install and built to last. 1.8L large capacity reduces frequent refills, oversized fill port makes easy to add bird seed and clean, making maintenance easier . Includes DIY accessories like a fruit fork, water tray, and extension bracket to attract more bird species.

- 【The Ultimate Gift for Nature Lovers】: The 2K Smart Bird Feeder with Camera is more than just a feeder — it's a bird-watching gift that keeps delivering surprises. Support to share moments with unlimited users and post to social media, letting you and your loved ones enjoy the lively sight of birds visiting in real time, bringing everyone closer together. Perfect for Mother's Day, Father's Day, birthdays, and Christmas, it's a thoughtful top pick for outdoor gifting.

› See more product details

▭ Report an issue with this product or seller

### There is a newer model of this item:

Smart Bird Feeder with Camera, AI Identify Birds, 2.4GHz/5GHz, Solar Powered, Squirrel Proof, Instant Notifications, 2K Live View Camera Bird Feeder for Outdoor
$99.99
★★★★½ (32)
In Stock

---

**Frequently bought together**

---

$63.99

FREE delivery Wednesday, October 29 to Chicago

Ships from: Amazon
Sold by: Nafeti Official

Add to List

### Other sellers on Amazon

New & Used (10) from $63.99 & ›
FREE Shipping.

10/24/25, 6:25 PM          Amazon.com : 2K Smart Bird Feeder with Camera for Outdoor, Solar Powered, AI Identify 10,000+ Birds, 1.8L, IP65 Waterproof, Squirrel Proof, Live View Alerts, Various DIY Addons, Ideal Gift for ...



**This item:** 2K Smart Bird Feeder with Camera for Outdoor, Solar Powered, AI Identify 10,000+...
$89⁹⁹

Wagner's 53002 Farmer's Delight Wild Bird Food with Cherry Flavor, 10-Pound Bag
$12⁴⁸ ($0.08/ounce)

80 Inch Adjustable Bird Feeder Pole,Bird House Pole Suitable for Feeders & Birdhouse,Weather...
$19⁹⁹

Total price: $122.46

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

### Similar items that may deliver to you quickly

Page 1 of 4



Smart Bird Feeder with Camera Solar Powered, 2K HD Video, AI Bird...
⭐⭐⭐⭐ 255
Amazon's Choice
-44% $49⁹⁷
Ends in 20:34:15
List: $89.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon



PeckCam® Bird Feeder with Camera Solar Powered, AI Identify & Auto Capture with 32G...
⭐⭐⭐⭐ 195
Limited time deal
-30% $69⁹⁸
List: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
🍃 1 sustainability feature ⌄



Bird Feeder with Camera,AI Identify Birds Species,Smart Bird Camera with Solar Powered,Auto Record...
⭐⭐⭐⭐ 837
-35% $64⁹⁹
List Price: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon



PeckCam® Bird Feeder with Camera with AI Identify 10000+ Birds Species, 3 Solar Panels, 2K Live View, Instant...
⭐⭐⭐⭐ 266
-23% $99⁹⁹
List Price: $129.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Smart Bird Feeder with Camera Solar Powered & AI Bi rd Identification, 2.4Ghz WiFi Bird feeders for Outdoors, 2K Live...
⭐⭐⭐⭐ 425
-25% $59⁹⁹
List: $79.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

HARYMOR Bird Feeder with Camera-2K Live Video, Solar-Powered, Smart AI Identify Birds,...
⭐⭐⭐⭐ 141
Limited time deal
-38% $79⁹⁷
List: $129.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon



Bird Feeder with Camera Outdoor Solar: Smart Birdfeeder Cam for Outside Garden - 2K HD Live Video Camera AI...
⭐⭐⭐⭐ 490
-30% $69⁹⁹
List Price: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

### Based on your recent shopping trends

Page 1 of 21

10/24/25, 6:25 PM          Amazon.com : 2K Smart Bird Feeder with Camera for Outdoor, Solar Powered, AI Identify 10,000+ Birds, 1.8L, IP65 Waterproof, Squirrel Proof, Live View Alerts, Various DIY Addons, Ideal Gift for ...

      

birdsnap® TUC Bird Feeder with Camera 2K HD, Solar Panel 32GB Card 4-in-1 Perch, 160°View Auto Detect ...
★★★★☆ 831
-40% $89⁹⁸
List: $149.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
♻ 1 sustainability feature ˅

Smart Bird Feeder with Camera Solar Powered, 2K HD Video, AI Bird...
Amazon's Choice
★★★★☆ 253
-44% $49⁹⁷
Ends in 20:14:15
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Bird Feeder with Camera,AI Identify Birds Species,Smart Bird Camera with Solar Powered,Auto Record...
★★★★☆ 837
-35% $64⁹⁹
List Price: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

PeckCam® Bird Feeder with Camera Solar Powered, AI Identify & Auto Capture with 32G...
★★★★☆ 195
-30% $69⁹⁸
Limited time deal
List: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
♻ 1 sustainability feature ˅

Smart Bird Feeder with Camera, 2K HD Birdwatching Camera with AI Identify Bird Species & Solar Panel,...
★★★★☆ 146
-27% $79⁹⁹
List: $109.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Bird Feeder with Camera Outdoor Solar: Smart Birdfeeder Cam for Outside Garden - 2K H...
Amazon's Choice
★★★★☆ 490
-30% $69⁹⁹
List Price: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

birdsnap® PAV- Bird Feeder with Camera Solar Panel, 2K HD & 64GB Card, AI Identify Bird Species Smart Bird Hou...
★★★★☆ 681
-23% $99⁹⁹
List Price: $129.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
♻ 1 sustainability feature ˅

**From the brand**



Seattle's rains come fast.Lucas ran home to feed his robin—"It waits to feed at 9 am but I can't get back in with the rainstorms, and are there other birds?"he said. Is there a bird feeder that lets us watch birds in real time or identify their species? The Nafnti feeder was born: Lucas can watch birds via phone and learn about more species. Nafnti's vision:No cages, no pursuit. Just connection, right from home.



10/24/25, 6:25 PM          Amazon.com : 2K Smart Bird Feeder with Camera for Outdoor, Solar Powered, AI Identify 10,000+ Birds, 1.8L, IP65 Waterproof, Squirrel Proof, Live View Alerts, Various DIY Addons, Ideal Gift for ...



### Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it record bird sounds?    Does it have night vision?    Is the camera motion activated?    What is the battery capacity?

Can it be mounted on a tree?

## Product information

### Features & Specs

| | |
|---|---|
| Target Species | Northern Cardinal, Bluejay and Others Over 10,000 Wild Bird Species |
| Additional Features | 2K UHD Live Stream & Photos, AI Identification Bird Species 10,000+, Built-In Camera, Adjustable Perch, Easy-to-Refill 1.8L Feed Chambers, Long Lasting, Rain Proof, Weatherproof |
| Mounting Type | Tree mounting,Wall mounting,Stand mounting,Pole mounting |
| Power Source | Solar Powered |

### Measurements

| | |
|---|---|
| Item Dimensions L x W x H | 6.69"L x 6.3"W x 7.48"H |
| Capacity | 1.8 Liters |

### Style

| | |
|---|---|
| Theme | Birds |
| Color | Green |

### Item details

| | |
|---|---|
| Brand Name | Nafnti |
| Included Components | Hook, Instruction Manual, Mounting Kit |
| Manufacturer | Nafnti |
| Customer Reviews | 4.6 ★★★★★ ∨ (162)<br>4.6 out of 5 stars |
| Best Sellers Rank | #18,636 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden)<br>#180 in Wild Bird Feeders |
| ASIN | B0DTKDYJ8J |
| Item Height | 7.48 inches |

### Additional details

| | |
|---|---|
| Material Type | Plastic |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ∨

### Product description

10/24/25, 6:25 PM          Amazon.com : 2K Smart Bird Feeder with Camera for Outdoor, Solar Powered, AI Identify 10,000+ Birds, 1.8L, IP65 Waterproof, Squirrel Proof, Live View Alerts, Various DIY Addons, Ideal Gift for ...

**Product description**



https://www.amazon.com/dp/B0DTKDYJ8J                                                                                                            6/20





10/24/25, 6:25 PM          Amazon.com : 2K Smart Bird Feeder with Camera for Outdoor, Solar Powered, AI Identify 10,000+ Birds, 1.8L, IP65 Waterproof, Squirrel Proof, Live View Alerts, Various DIY Addons, Ideal Gift for ...





10/24/25, 6:25 PM          Amazon.com : 2K Smart Bird Feeder with Camera for Outdoor, Solar Powered, AI Identify 10,000+ Birds, 1.8L, IP65 Waterproof, Squirrel Proof, Live View Alerts, Various DIY Addons, Ideal Gift for ...



Nafnti Smart Bird Feeder



**Smart Bird Feeder**



| | | |
|---|---|---|
| ✓ | 2K Live View | ✓ |
| ✓ | Solar Powered | ✓ |
| ✓ | 1.8L Large capacity | ○ |
| ○ | Supports 2.4 G & 5 G | ✓ |
| ✓ | Easy Setup | ✓ |

10/24/25, 6:25 PM          Amazon.com : 2K Smart Bird Feeder with Camera for Outdoor, Solar Powered, AI Identify 10,000+ Birds, 1.8L, IP65 Waterproof, Squirrel Proof, Live View Alerts, Various DIY Addons, Ideal Gift for ...



Easy Refill

Nafnti Smart Bird
Feeder

**Product Videos**



**Similar brands on Amazon**
Sponsored

Page 1 of 2

Amazon.com : 2K Smart Bird Feeder with Camera for Outdoor, Solar Powered, AI Identify 10,000+ Birds, 1.8L, IP65 Waterproof, Squirrel Proof, Live View Alerts, Various DIY Addons, Ideal Gift for ...

    

## Customer reviews

 4.6 out of 5

162 global ratings

5 star | 79%
4 star | 11%
3 star | 4%
2 star | 3%
1 star | 3%

How customer reviews and ratings work ∨

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find this bird feeder to be of high quality with excellent camera clarity and enjoy watching the birds and squirrels up close. The feeder is easy to set up, works well, and offers good value. They appreciate the bird detection feature, with one customer noting how it brings backyard birds into their home, and another mentioning the rechargeable solar panel that keeps it charged.

📊 Generated from the text of customer reviews

Select to learn more

✓ Bird feeder quality  ✓ Camera quality  ✓ Ease of installation  ✓ Enjoyment
✓ Value for money  ✓ Bird detection  ✓ Functionality  ✓ Battery life

## Reviews with images

See all photos >

      

## Top reviews from the United States

 SWW72

★★★★★ **Fantastic Bird Feeder - Great Photos & Video**
Reviewed in the United States on September 1, 2025
Verified Purchase

I purchased this bird feeder based on pricing and reviews and it did not disappoint. I have had it out for the birds for three days now and have seen great photos and have taken some amazing videos. The bird feeder is very sturdily constructed and easy to put together and set up. I haven't installed a memory card yet but haven't had any problems. I'll still probably get one anyway. Be sure to get the mini memory card since the standard ones are too big. The solar panel seems to be charging the battery well. The battery was in the 80% range earlier today but after a few hours in the sun it was at 99%. The birds seem to like it and there



is a steady stream of them all day long. I would highly recommend this bird feeder and based on my experience with it a friend has already ordered one.

 

3 people found this helpful

 | Report

 Tommy L.

★★★★★ **Great feeder**

Reviewed in the United States on August 19, 2025

**Verified Purchase**

This bird feeder is really nice. It was easy to put in multiple different spots, I never have to charge it, and the birds love it. The customer service from this company helped greatly when I had a problem, they fixed it immediately. Great seller and bird feeder. Also, the camera quality is really good, it has depth to the feeder part. Thank you for a great bird feeder

 

 | Report

 Denise

★★★★★ **Great feeder and camera for the price**

Reviewed in the United States on October 17, 2025

**Verified Purchase**



I'm happy with this feeder with camera. It was easy to put together and get set up. I specifically wanted to get videos of the hummingbirds that come to feed. They took to the nectar pots instantly! These little guys flap their wings so fast that it can't keep up with them, but is great for what I want it for. I did pay for the 1 year service, though the AI feature hasn't done a great job with ID of the hummers - it keeps saying an Anna's or ruby-throat are visiting, when it's clearly Costa's Hummingbirds with purple gorget! But, overall, well pleased.



**Helpful** | Report

Amazon customer

★★★★★ **Clear picture! Easy Installation**
Reviewed in the United States on October 2, 2025
Verified Purchase

Easy to install and so fun watching the birds! The camera is so clear and covers our entire backyard so it's also extra protection! I love the notifications and the information telling me what type of birds we have visiting! If you know anyone that loves to watch birds this would be a great gift for them!!

**Helpful** | Report

Denea Dailey

★★★★☆ **Great but you need a subscription to view videos.**
Reviewed in the United States on July 17, 2025
Verified Purchase

I really enjoy seeing the birds that visit my yard. The clarity of the camera is great. My only complaint is that it was not clear that you had to pay for a subscription service to view the video. I did research if you had to have a subscription service to view the videos and this said you did not need one. However, without the subscription you can only view still images, no videos. This was a bit disappointing. I was under the impression that the subscription only added the benefits of storing the videos and bird identification, not having access to viewing the videos. The feeder itself is easy to setup, fill and use. I would recommend if you are fine with paying a subscription fee every month.

20 people found this helpful

**Helpful** | Report

Daniel

★★★★★ **Great battery and bird detection**
Reviewed in the United States on October 9, 2025
Verified Purchase

Great bird feeder camera. Easy to install and put on a fence. The rechargeable solar battery is terrific. My parents liked it so much they ended up buying one also.

**Helpful** | Report

B.O.B.

★★★★★ **Very High Quality**
Reviewed in the United States on October 5, 2025
Verified Purchase

I rec'd this bird feeder today. I'm very impressed with the attention to detail and build quality. The camera system's APP is easy to work with and the video quality is superb. This feeder comes with more than what's

needed to mount it.

Helpful | Report

**Steven**

★★★★★ **Good quality.**

Reviewed in the United States on September 8, 2025

Verified Purchase

So fun! Easy to assemble. Good quality.

Helpful | Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

**kennyincanada**

★★★★★ **You have just found the video bird feeder that you've been looking for!**

Reviewed in Canada on August 7, 2025

Verified Purchase

Sturdy high quality feeder. It was easy to set up and install. The feeder holds a lot of seeds and can be used easily for sunflower seeds.

The quality of the video/pictures is amazing. Subscription service is reasonable and affordable.

Really impressed overall by this bird feeder.

Report

**Charmeena**

★★★★★ **Good for bird lovers!**

Reviewed in Canada on September 5, 2025

Verified Purchase



I've only had this a few days, so not sure how it will hold up longterm, but so far enjoying it. Hummingbirds fed on it day 1, chickadees, nuthatches, and finches took a couple days to warm to it and I moved their preferred seed feeder nearby to increase visits. With the free subscription I didn't get the AI bird ID or notifications. The subscription cost is reasonable enough that it's worth it to not have to manually scroll through to see if you've detected a new species. Pretty decent quality video. I'm enjoying this.

10/24/25, 6:25 PM    Amazon.com : 2K Smart Bird Feeder with Camera for Outdoor, Solar Powered, AI Identify 10,000+ Birds, 1.8L, IP65 Waterproof, Squirrel Proof, Live View Alerts, Various DIY Addons, Ideal Gift for …



Report

**Russell Usher**

★★★★★  **A great observation tool**
Reviewed in Canada on September 4, 2025
Verified Purchase

It's simple to assemble and set up, and it is a great observation point for the birds and whatever else

Report

**RM**

★★★★☆  **One concern**
Reviewed in Canada on September 11, 2025
Verified Purchase

Audio is scrambled and distorted. Otherwise the camera and options are fine. Had a Bird Buddy.
Clarity is definitely not as precise and clear.

Report

**Michel Paré**

★★★★★  **Super**
Reviewed in Canada on August 4, 2025
Verified Purchase

Qualité de vidéo surprenante et excellente, facile d'installation

Report

Translate review to English

See more reviews ›

**Customers who bought this item also bought**                                    Page 1 of 3  ⋮

‹                                                                                        ›

10/24/25, 6:25 PM     Amazon.com : 2K Smart Bird Feeder with Camera for Outdoor, Solar Powered, AI Identify 10,000+ Birds, 1.8L, IP65 Waterproof, Squirrel Proof, Live View Alerts, Various DIY Addons, Ideal Gift for ...

      

80 Inch Adjustable Bird Feeder Pole,Bird House Pole Suitable for Feeders & Birdhouse,Weather Station,Heavy-Duty...
★★★★★ 445
-33% $19⁹⁹
List: $29.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping on orders over $35 shipped by Amazon

Wagner's 53002 Farmer's Delight Wild Bird Food with Cherry Flavor, 10-Pound Bag
★★★★★ 16,653
**#1 Best Seller**
$12⁴⁸ ($0.08/ounce)
Get it as soon as **Wednesday, Oct 29**
FREE Shipping on orders over $35 shipped by Amazon

XDW-GIFTS Bird House Pole, 1 Pack 76 Inch Metal Bird Feeder Pole for Outdoor, with 5-Prong Heavy Duty Base...
★★★★★ 240
-9% $18⁷⁴
Typical: $20.59
Get it as soon as **Wednesday, Oct 29**
FREE Shipping on orders over $35 shipped by Amazon

Bird House Pole,74 Inch Heavy Duty Bird Feeder Pole Mount Kit for Outdoors, 5-Prong Base, Splicing Adjustable...
★★★★★ 241
$17⁹⁵
Get it as soon as **Wednesday, Oct 29**
FREE Shipping on orders over $35 shipped by Amazon

Kaytee All American Wild Bird Food Seed Blend, 5 Pound
★★★★★ 2,518
$5⁹⁹ ($1.20/lb)
Get it as soon as **Monday, Oct 27**
FREE Shipping on orders over $35 shipped by Amazon

Bird Feeder Pole - 93 Inch Heavy Duty Birdhouse Pole with Squirrel Proof Baffle and 4 Hooks, Adjustable Wild Bird...
★★★★★ 41
$38⁹⁸
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Proerr Smart Bird Feeder Pole Stand 79In,Adjustable Height Metal Bird House Pole for Outdoor Garden with...
★★★★★ 207
-5% $42⁴⁰
Typical: $44.64
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

### Best Sellers in Backyard Birding & Wildlife

     

Wagner's 53002 Farmer's Delight Wild Bird Food with Cherry Flavor, 10-Pound Bag
★★★★★ 16,653
**#1 Best Seller**
$12⁴⁸ ($0.08/ounce)
Get it as soon as **Wednesday, Oct 29**
FREE Shipping on orders over $55 shipped by Amazon

Kaytee Wild Bird Ultimate No Mess Wild Bird Food Seed For Cardinals, Finches, Chickadees,...
★★★★★ 10,994
**Amazon's Choice**
$21⁶⁴ ($2.22/lb)
Get it as soon as **Monday, Oct 27**
FREE Shipping on orders over $35 shipped by Amazon

Kaytee Hummingbird ElectroNectar Wild Bird Food, Ready to Use, 64 Ounces
★★★★★ 27,219
**#1 Best Seller**
-9% $9⁹⁹
($0.16/fluid ounce)
Typical: $10.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping on orders over $35 shipped by Amazon

I LOVE WORMS Dried Black Soldier Fly Larvae (5lb), 100% Natural No...
★★★★★ 2,512
**#1 Best Seller**
-37% $22⁹⁹ ($4.42/lb)
**Limited time deal**
List: $34.99
Get it as soon as **Tuesday, Nov 4**

C&S Peanut Delight No Melt Suet Dough 11.75 Ounces, 8 Pack
★★★★★ 4,772
$9⁸⁴ ($0.10/ounce)
Get it as soon as **Wednesday, Oct 29**
FREE Shipping on orders over $35 shipped by Amazon

Wagner's 53003 Farmer's Delight Wild Bird Food with Cherry Flavor, 20-Pound Bag
★★★★★ 14,450
$19⁹⁸ ($0.06/ounce)
Get it as soon as **Wednesday, Oct 29**
FREE Shipping on orders over $35 shipped by Amazon

### Customers who viewed items in your browsing history also viewed

10/24/25, 6:25 PM    Amazon.com : 2K Smart Bird Feeder with Camera for Outdoor, Solar Powered, AI Identify 10,000+ Birds, 1.8L, IP65 Waterproof, Squirrel Proof, Live View Alerts, Various DIY Addons, Ideal Gift for ...

     

| PeckCam® Bird Feeder with Camera Solar Powered, AI Identify & Auto Capture with 32G... | Smart Bird Feeder with Camera, 2K HD Birdwatching Camera with AI Identify Bird Species & Solar Panel,... | Kiwibit Beako™ Smart Bird Feeder with 4K Camera Solar Powered... | Bird Feeder with Camera, AI Identify Birds Species, Smart Bird Camera with Solar Powered, Auto Record... | TT Nature Bird Feeder with Camera, Upgraded 1.5L Smart Birdhouse AI Identify for 10000 Plus Species, Auto Capture ... | Smart Bird Feeder with Camera Solar Powered & AI Bird Identification, 2.4Ghz WiFi Bird feeders for Outdoors, 2K Live... |
|---|---|---|---|---|---|
| ★★★★½ 195 | ★★★★½ 146 | ★★★★★ 115 Amazon's Choice | ★★★★½ 837 | ★★★★½ 351 | ★★★★½ 425 |
| -30% $69.98 | -32% $79.99 | -32% $169.99 | -35% $64.99 | -47% $84.99 | -25% $59.99 |
| Limited time deal | List: $169.99 | Limited time deal | List Price: $99.99 | List Price: $169.99 | List: $79.99 |
| List: $99.99 | | List: $249.98 | | | |
| Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** |
| FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon |
| 🌿 1 sustainability feature ⌄ | | 🌿 1 sustainability feature ⌄ | | 🌿 1 sustainability feature ⌄ | |

### Your Browsing History  View or edit your browsing history

      



Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help Us |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | |
| | | Amazon Currency Converter | |





10/24/25, 8:27 PM         Place Your Order - Amazon Checkout

**amazon**      Secure checkout ⌄      🛒 Cart

**Delivering to KIM**        Change

219 S DEARBORN ST, CHICAGO IL 60604, CHICAGO, IL, 60604-1702, United States

Add delivery instructions

Pickup available nearby ⌄

**Paying with Mastercard 1011**        Change

Select a payment plan

Use a gift card, voucher, or promo code

ℹ️ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

⚠️ **Signature or one-time password required at time of delivery**

Please ensure someone will be physically present to provide the confidential one-time password or signature for this delivery in-person, and not over phone or intercom. We can't refund packages that are lost or stolen after you provide the one-time password to the driver for delivery. Learn more.

**Congratulations KIM, you are eligible for**
**30 days of Prime for $0!**

Get your Prime eligible items **Monday, Oct. 27** for FREE.

Try Prime free

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| Items: | $89.99 |
|---|---|
| Shipping & handling: | $6.99 |
| Estimated tax to be collected: | $9.22 |
| **Order total:** | **$106.20** |

10/24/25, 6:27 PM                                    Place Your Order - Amazon Checkout



**Why pay for delivery?**

**KIM, we're giving you Prime free for 30 days**    Try Prime free for 30 days

Get your Prime eligible items **Monday, Oct. 27** for FREE        Cancel anytime.

**Arriving Oct 27, 2025**
If you order in the next 18 hours and 32 minutes

2K Smart Bird Feeder with Camera for Outdoor, Solar Powered, AI Identify 10,000+ Birds, 1.8L, IP65 Waterproof, Squirrel Proof, Live View Alerts, Various DIY Addons, Ideal Gift for Bird Watching
$89.99
& FREE Returns ⌄
Ships from Amazon.com
Sold by Nafnti Official

🗑 1 +

Add gift options

○ **Monday, Oct 27**
**Fast, FREE Delivery**
**FREE Prime Delivery with your free trial of Prime**

○ **Wednesday, Oct 29**
FREE Delivery

● **Monday, Oct 27**
$6.99 - Delivery

**Place your order**

**Order total: $106.20**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

https://www.amazon.com/checkout/p/p-106-5420709-0463446/spc?pipelineType=Chewbacca&hasWorkingJavascript=1                    2/3



10/24/25, 6:27 PM

Place Your Order - Amazon Checkout

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart



Back to top

amazon

English

United States

Help

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

SMONET Direct







10/24/25, 6:29 PM                                    Amazon.com Seller Profile: SMONET Direct

# SMONET Direct

smonet

Visit the SMONET Direct storefront

★★★★☆   |   **84% positive** in the last 12 months (19 ratings)

## About Seller

Email: support15@smonet.com
US Toll-free Number: (866) 678-0666

SMONET is a leading developer and manufacturer doing security camera systems more than 8 years and committed to providing incredible security solutions to people across the world. Our professional and affordable security products are widely popular with both home users and business users.

SMONET owns an R&D team of over 50 senior engineers. The safety products developed by SMONET have a range of powerful and effective features such...

See more ⌄

### Have a question for SMONET Direct?

[ Ask a question ]

Customer Service Phone: 866-678-0666

## Reviews

★★★★☆  4.3 out of  5
19 ratings

[ 12 months ⌄ ]

| | |
|---|---|
| 5 star | 74% |
| 4 star | 11% |
| 3 star | 0% |

### FILTER BY

[ All stars ⌄ ]

19 total ratings, 19 with feedback for 12 months ⓘ

★★☆☆☆    "Was not all wireless. Ad didn't say you have to have your own monitor and what resolution the monitor had to be. Returned the item. "

https://www.amazon.com/sp?ie=UTF8&seller=A1CJJSDI4LYOU1&asin=B0DX5KYYYS&ref_=dp_merchant_link&isAmazonFulfilled=1                    3/9



10/24/25, 6:29 PM                                                Amazon.com Seller Profile: SMONET Direct

2 star ▮                                    5%

1 star ▮▮                                   11%

Learn more about how seller reviews work on Amazon  ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

★★★★★  "Muy contento porque me remplazaron la camera al síguete dia que que reporte que tenia un problema y sin ningún costo adicional "

By Samuel Hernandez on August 12, 2025.

★☆☆☆☆  "~~Not the 1080p and this is the 3rd time~~"

By willie harris on July 13, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★☆  "We didn't receive a AC adapter in the package "

By rohan wadehra on July 11, 2025.

★★★★★  "How do I get VMS software for Camera on PC "

By D & S on July 3, 2025.

Previous  Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information



**Business Name:** Rui Dai

**Business Address:**
龙华新区民治梅观高速
星河丹堤花园E区2栋2单元1402
深圳市
广东
518110
CN

Shipping Policies ⌄

Other Policies ⌄

Help ⌄

**Products**

See all products currently offered by the seller.

Leave seller feedback

**Customers who viewed items in your browsing history also viewed**   Page 1 of 6

10/24/25, 6:29 PM                    Amazon.com Seller Profile: SMONET Direct






**Smart Bird Feeder with Camera Solar Powered, 2K HD Video, AI Bird...**
★★★★½ 253
Amazon's Choice
-44% $49⁹⁷
Ends in 20:30:15
List: $89.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**PeckCam® Bird Feeder with Camera Solar Powered, AI Identify & Auto Capture with 32G...**
★★★★½ 195
-30% $69⁹⁸
Limited time deal
List: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
🍃 1 sustainability feature ⌄

**Smart Bird Feeder with Camera, 2K HD Birdwatching Camera with AI Identify Bird Species & Solar Panel,...**
★★★★½ 146
-27% $79⁹⁹
List: $109.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**Kiwibit Beako™ Smart Bird Feeder with 4K Camera Solar Powered for Outdoors - Ultra HD...**
★★★★★ 115
-32% $169⁹⁹
Limited time deal
List: $249.98
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
16% Claimed
🍃 1 sustainability feature ⌄

**Smart Bird F... Camera Sola... AI Bi rd Iden 2.4Ghz WiFi for Outdoor**
★★★★½
-25% $59
List: $79.99
Get it as soon Oct 29
FREE Shipping

**Inspired by your browsing history**                                    Page 1 of 6

10/24/25, 6:29 PM        Amazon.com Seller Profile: SMONET Direct











JiaDuo Halloween Bat Costume for Baby Girl Boy Black Wing and Bow Headband Goth Hair Accessories

★★★★☆ 107

$12⁹⁹

Get it as soon as **Wednesday, Oct 29**

FREE Shipping on orders over $35 shipped by Amazon

Lulu Home Bat Wings for Kids, Black Wings for Halloween Costume Vampire Witch Dress Up Role Play Props Party Decoration

★★★★☆ 274

$13⁹⁹-$14⁹⁹

BROAIMX Smart Bird Feeder Camera, Free AI Forever, 1080P HD...

★★★★☆ 205

Save 22%

-22% $69⁹⁹

Typical: $89.99

Lowest price in 30 days

Get it as soon as **Friday, Oct 31**

FREE Shipping by Amazon

Only 14 left in stock - order...

Wagner's 53002 Farmer's Delight Wild Bird Food with Cherry Flavor, 10-Pound Bag

★★★★☆ 16,653

#1 Best Seller

$12⁴⁸ ($0.08/ounce)

Get it as soon as **Wednesday, Oct 29**

FREE Shipping on orders over $35 shipped by Amazon

ALIBBON Ba Costume Ch Wings Cloth Women, Bat Up Accessor

★★★★☆

$11⁹⁹

Get it as soon Nov 4

## Your Browsing History  View or edit your browsing history

Page 1 of 4













10/24/25, 6:29 PM
Amazon.com Seller Profile: SMONET Direct

| | Reach customers wherever they spend their time | | | Audiobook Publishing Made Easy | | Shipping Software Inventory Management |

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



- Watch Birds on Your Phone: The bird feeder has a 2L large-capacity bird seeds storage box, which can be used to decorate garden, courtyard, and balcony. This bird feeder with a camera adopts thermal motion activated technology and has sensitive response speed. Once this camera attract humming bird, you can receive real-time notifications and get 1080P sharper image and live video to watch bird without disturb them.

- AI Identify 10000+ Species of Birds: Smonet smart bird feeders with camera support AI recognize 10000+ species of birds. We offer a 30-day bird identification trial on the VicoHome app let you know the types of birds and more information on their habits.After the trial ends, you can subscribe to a new plan if you want.Take this gift to your kids son,daughter, nephew and sister,it will help them get to know more beautiful and cute wild bird.

- 1080P Night Vision & Two way audio:The infrared night vision allows you to get clear black and white photos. You can also manually turn on the white light as needed to clear colorful video at night. The built-in two way audio camera also allows you to listen to the birds sing while watching birds and start a short talk with someone in your garden.The camera supports up to a 128GB TF card (not included) to store recorded pictures and videos, allowing you to watch them anytime via playback.

- Solar Charging & Built-in Battery : 100% Wireless bird cam that is equipped with a built-in 3.3W solar panel and a 5000mah rechargeable battery.So it's easy to install with no worry about power issues.You only need to consider whether it is within the coverage of 2.4G wifi (5G is not supported).As a daughter,granddaughter,husband,if you have an elderly mama grandma wife who have everything and wants nothing, get this camera as the first time mother's day gift for them to view funny birds.

- Unique Gift Ideas: We all know it's hard to pick women gifts for mothers,nana,stepmom,step daugther,mother in law,bonus kids,teenage girls at Christmas,Birthday,Mother's Day,Valentine's Day,Thanksgiving and more.If your women are bird lover，this funny bird camera gift is sure to make them happy."My mom was excited to watch birds from her backyard and always shares beautiful bird moments with friend" One of our user said.

› See more product details

▣ Report an issue with this product or seller

## Consider a similar item

Amazon's Choice

PeckCam® Bird Feeder with Camera with AI Identify 10000+ Birds Species, 3 Solar Panels, 2K Live View, Instant Arrival Alerts, Smart Bird House with Cam, Gift for Bird Lovers
★★★★☆ (266)
$99.99
🛡 1 sustainability feature

---

**Similar items that may deliver to you quickly**                                    Page 1 of 4  ⋮

10/24/25, 6:31 PM          Amazon.com : SMONET Bird Feeder with Camera B300: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Birdfeeder Watching Live Video,Funny Birthday Gifts for …

      

Smart Bird Feeder with Camera: Solar Powered Birdhouse with AI Recognition, Wireless Bird House with Camera for…
★★★★½ 68
-20% $79⁹⁹
Typical $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

PeckCam® Bird Feeder with Camera with AI Identify 10000+ Birds Species, 3 Solar Panels, 2K Live View, Instant…
★★★★½ 266
-23% $99⁹⁹
List Price $129.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
♻ 1 sustainability feature ⌄

Smart Bird Feeder with Camera: Solar Powered Birdhouse with AI Recognition, Wireless Bird House with Camera for…
★★★★½ 68
-20% $79⁹⁹
Typical $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Smart Bird Feeder with Camera Solzr Powered, 2K HD Video, AI Bird…
★★★★½ 253
Amazon's Choice
-44% $49⁹⁷
List: $89.99
Ends in 20:28:36
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

BROAIMX Bird Feeder with Camera, Free AI Forever for 11,000+ Species, 64G TF Card &…
★★★★☆ 875
-35% $184⁹⁹
Limited time deal
Typical $199.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
♻ 1 sustainability feature ⌄

Bird Feeder with Camera Solar Powered - Smart Bird Feeder Camera 2K HD Live Stream, 5MP Photos, AI Identificatio…
★★★★½ 190
-30% $139⁹⁹
List: $199.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Bird Feeder with Camera Outdoor Solar: Smart Birdfeeder with AI Recognition - 2K HD Live Stream Video Camera f…
★★★★½ 140
-40% $59⁹⁹
List Price $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

---

**Based on your recent shopping trends**                                              Page 1 of 19  ⋮

     

Smart Bird Feeder with Camera: Solar Powered Birdhouse with AI Recognition, Wireless Bird House with Camera for…
★★★★½ 68
-20% $79⁹⁹
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

PeckCam® Bird Feeder with Camera with AI Identify 10000+ Birds Species, 3 Solar Panels, 2K Live View, Instant…
★★★★½ 266
-23% $99⁹⁹
List Price $129.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
♻ 1 sustainability feature ⌄

Bird Feeder with Camera Solar Powered - Smart Bird Feeder Camera 2K HD Live Stream, 5MP Photos, AI Identificatio…
★★★★½ 190
-30% $139⁹⁹
List: $199.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

BROAIMX Bi·d Feeder with Camera-2K HD & Full Color Night Vision, Free AI Forever for 1,1000+ Species…
★★★★☆ 205
$139⁹⁹
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
♻ 3 sustainability features ⌄

BROAIMX Smart Bird Feeder with Camera-AI Identify 11,000+ Species, 2K HD Auto Capture Birds Video & 64G TF Card,…
★★★★★ 14
-18% $139⁹⁹
List: $169.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
♻ 3 sustainability features ⌄

TT Nature Bird Feeder with Camera, Upgraded Identify 10000 Plus… 1.5L Smart Birdhouse AI
★★★★½ 351
Amazon's Choice
-47% $84⁹⁹
List: $159.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
♻ 1 sustainability feature ⌄

Bird Feeder with Camera,AI Identify Birds Species,Smart Bird Camera with Solar Powered,Auto Record…
★★★★½ 857
-35% $64⁹⁹
List Price $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

---

**From the brand**

**Product description**

**Your Backyard Will Gradually Become Funny with The Birds Visit and Singing!**



SMONET AI Bird Feeder Camera assists in bird identification, captures bird videos, understands behaviors, and attracts various birds to your backyard.

## Watch Live Video on Your Phone



**Clear pictures day and night, real-time interaction**

10/24/25, 6:31 PM          Amazon.com : SMONET Bird Feeder with Camera B300: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Birdfeeder Watching Live Video,Funny Birthday Gifts for …



**Solar Powered, Designed for Outdoor Use**



**Ideal Gift for Mother's Day, Father's Day, Birthdays, and Christmas!**



**Product Videos**

10/24/25, 6:31 PM          Amazon.com : SMONET Bird Feeder with Camera B300: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Birdfeeder Watching Live Video,Funny Birthday Gifts for ...



## Product information

| Features & Specs | ^ |
|---|---|
| Target Species | Hummingbird |
| Recommended Uses For Product | Gifts for dad who wants nothing, birthday gifts for mom, funny mothers day gifts, mother in law mothers day gift, mother's day gifts for mom, mothers day gifts for daughter, mothers day gifts for grandma, mothers day gifts for mom, mothers day gifts for sister, mothers day gifts for wife, nana mothers day gift |
| Additional Features | Smart Bird Feeder AI Recognition |
| Mounting Type | Freestanding |
| Power Source | Solar Powered |

| Measurements | ^ |
|---|---|
| Item Dimensions L x W x H | 15"L x 12"W x 11"H |

| Item details | ^ |
|---|---|
| Brand Name | SMONET |
| Included Components | Birdhouse, Manual, Smart Bird Camera, Solar Panel, Two brackets |
| Manufacturer | SMONET |
| Customer Reviews | 4.6 ★★★★☆ (132)<br>4.6 out of 5 stars |
| Best Sellers Rank | #171,278 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden)<br>#1,559 in Wild Bird Feeders |
| ASIN | B0CSSWQ398 |
| Item Type Name | B300 |
| Item Height | 11 inches |
| Unit Count | 1.0 Count |

https://www.amazon.com/dp/B0CSSWQ398?th=1                                                              10/17

10/24/25, 6:31 PM      Amazon.com : SMONET Bird Feeder with Camera B300: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Birdfeeder Watching Live Video,Funny Birthday Gifts for

| Capacity | 2 Liters |
| --- | --- |

## Style

| Theme | Birds |
| --- | --- |
| Color | Blue |

### Additional details

| Material Type | Plastic |
| --- | --- |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ⌄

---

🔶 **Looking for specific info?**

[ Ask Rufus or search reviews and Q&A                                    → ]

Can it record bird sounds?   Does it have motion detection?   Is it weatherproof?

Can multiple people watch the live video?   Does it need wifi to work?

## Similar brands on Amazon

Sponsored ⓘ        Page 1 of 2



Birdbuddy Smart Solar Pro Hummingbird Feeder with Camera - AI...
4.3 ★★★★½ 166
$299.00

kiwibit Beaks™ Smart Bird Feeder with 4K Camera Solar Powered for Outdoor...
4.9 ★★★★★ 115
**32% off** Limited time deal
$169.99 List: $249.98

Bird Feeder with Camera Solar Powered - Smart Bird Feeder with Camera 2K HD Live...
4.5 ★★★★½ 190
$139.99 List: $199.99

---

**Customers say**

10/24/25, 6:31 PM      Amazon.com : SMONET Bird Feeder with Camera B300: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Birdfeeder Watching Live Video,Funny Birthday Gifts for

## Customer reviews

★★★★½   4.6 out of 5

132 global ratings

| | |
|---|---|
| 5 star | 79% |
| 4 star | 13% |
| 3 star | 4% |
| 2 star | 1% |
| 1 star | 3% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

> Write a customer review

Customers love this bird feeder's ability to attract various kinds of birds and appreciate its crisp, clear video quality. The product is incredibly easy to set up and functions well, with one customer noting it survived two blackbear attacks. They find it fun to watch, with one mentioning it's particularly enjoyable during fall migrations. The battery life is impressive, with one customer reporting it stays at least 90% charged at all times, and they like its durability, with one mentioning it survived the winter well.

⚡ Generated from the text of customer reviews

**Select to learn more**

✓ Bird population   ✓ Camera quality   ✓ Ease of setup   ✓ Functionality   ✓ Fun to watch

✓ Battery life   ✓ Durability   ✓ Vision

### Reviews with images

See all photos ›

‹ [images] ›

### Top reviews from the United States

👤 Kayla F.

★★★★★ **I'm not even into birds like that**

Reviewed in the United States on June 14, 2024

Color: Blue   **Verified Purchase**

So I bought this bird feeder camera for my mother in law who just moved in with us. She's always sitting outside watching birds and other animals throughout the day. However, I have been OBSESSED with this thing. My wife tried to lure in some crows a couple weeks ago se when we saw the black bird, we were certain we had crows as visitors. The AI detection actually determined this was a Common Grackle. Who would've thought. I've now learned more than I thought I would about birds in less than a week. I send pictures and videos to my friends all day. I was 33 years old when I bought this, my soul is now 87 and I'm at peace with that.

As for its functionality, it's top tier. The solar panel charges the camera any time the sun is out. We don't have it directed at the sun the full day and I have verified that it's still charging even at dusk. I love the additional add-ons like the water bowl, hummingbird nectar, and forks for fresh fruit. We haven't had a hummingbird visit the camera yet but also have 3 other hummingbird feeders around the yard that are much larger.

⌄ Read more



10/24/25, 6:31 PM          Amazon.com : SMONET Bird Feeder with Camera B300: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Birdfeeder Watching Live Video,Funny Birthday Gifts for …

13 people found this helpful

| Helpful | | Report |

**Amazon Customer**

★★★★★ **Impressive Feeder!**

Reviewed in the United States on July 2, 2024

Color: Blue | Verified Purchase



This is my 2nd video bird feeder that I've purchased. The first one was cheaply made and I'm so glad I returned it and tried this one. I did months of research and reading reviews before I finally decided on this one.

The installation process was simple and the instructions were clear. The video quality is amazing during the day and at night. This feeder serves not only as a bird feeder but also a security camera. The solar/built in battery work fantastic. I was worried due to the many trees in my yard that there would not be

enough sun to charge it but I was wrong. The little bit of sun that the feeder gets is plenty, it stays at least

˅ Read more

4 people found this helpful

| Helpful | | Report |

**Ooh, shiny gadget.**

★★★★★ **Bringing nature closer to home**

Reviewed in the United States on May 9, 2024

Color: Blue | Verified Purchase



The SMONET Bird Feeder with Camera is a camera kit that is designed to get you up-close-and-personal with birds around your home. Walking around, I don't pay much attention to the birds that are surely all around me, although I know they're there because I hear them all day long.

This camera kit is designed to attract various kinds of birds. The main body stores a good amount of solid bird feed and there are attachments to provide fresh fruits and a couple of cups for nectar (for humming birds).

In the box, various fasteners are also included. This camera can be mounted on poles, against a wall, or

˅ Read more

7 people found this helpful

[ Helpful ]  |  Report

Jim Coughenour

★★★★☆  **Quality**
Reviewed in the United States on June 7, 2025
Color: Yellow  |  Verified Purchase

Great quality product, need to know something about wifi setup. The instructions are vague at best

[ Helpful ]  |  Report

Renee Hoffman

★★★★★  **Would recommend**
Reviewed in the United States on July 8, 2025
Color: Blue  |  Verified Purchase

Birds love it and so does the squirrels. Easy to install and works as it should. Very good camera videos. Would recommend

[ Helpful ]  |  Report

Zaid j

★★★★★  **Camera quality is really good**
Reviewed in the United States on October 15, 2025
Color: Blue  |  Verified Purchase

Friendly using app we love it. It's really nice.

[ Helpful ]  |  Report

See more reviews ›

## Customers who bought this item also bought

Page 1 of 3  ⋮

‹

›

10/24/25, 6:31 PM    Amazon.com : SMONET Bird Feeder with Camera B300: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Birdfeeder Watching Live Video,Funny Birthday Gifts for ...


Nacome Garden Outdoor
Statues Turtle with
Succulent and 7 LED
Lights - Lawn Decor...
★★★★½ 16,703
#1 Best Seller
-31% $27⁵⁰
List: $39.98
Get it as soon as Wednesday,
Oct 29
FREE Shipping on orders over
$35 shipped by Amazon
♻ 1 sustainability feature ∨


Birthday Gifts for Mom
from Son - Mom Birthday
Gifts from Son - Moms
Gift Ideas from Son -
Mother Gift, Funny mo...
★★★★½ 868
-20% $19⁹⁵
($2.00/ounce)
List: $24.95
Get it as soon as Wednesday,
Oct 29
FREE Shipping on orders over
$35 shipped by Amazon


Kaytee Nut & Fruit Wild
Bird Seed, 5 lb
★★★★½ 14,906
-30% $13⁹⁸ ($2.80/lb)
List: $19.99
Get it as soon as Monday, Oct
27
FREE Shipping on orders over
$35 shipped by Amazon


Kaytee All American Wild
Bird Food Seed Blend, 5
Pound
★★★★½ 2,518
$5⁹⁹ ($1.20/lb)
Get it as soon as Monday, Oct
27
FREE Shipping on orders over
$35 shipped by Amazon


Merrytech Solar Lanterns
Outdoor
Waterproof,Metal
Watering Can Garden...
Amazon's Choice
$39⁹⁹
Get it as soon as Wednesday,
Oct 29
FREE Shipping by Amazon


HAPPYPOP Dog Socks for
Mom Dad - Dog Lovers
Gifts for Women Men, Pet
Lover Christmas Gifts
★★★★½ 959
-31% $8⁹⁹
List: $12.99
Get it as soon as Wednesday,
Oct 29
FREE Shipping on orders over
$35 shipped by Amazon


Liuqi Mother's Day Gifts
from Daughter Son for
Mom Birthday Valentine's
Day Christmas Gifts Mom
Keychain Mother Keyring
★★★★½ 1,202
$6⁹⁶
Get it as soon as Wednesday,
Oct 29
FREE Shipping on orders over
$35 shipped by Amazon

## Best Sellers in Backyard Birding & Wildlife


Wagner's 53002 Farmer's
Delight Wild Bird Food
with Cherry Flavor, 10-
Pound Bag
★★★★½ 16,653
#1 Best Seller
$12⁴⁸ ($0.08/ounce)
Get it as soon as Wednesday,
Oct 29
FREE Shipping on orders over
$35 shipped by Amazon


Kaytee Wild Bird Ultimate
No Mess Wild Bird Food
Seed For Cardinals,
Finches, Chickadees,...
★★★★½ 10,994
Amazon's Choice
$21⁶⁴ ($2.22/lb)
Get it as soon as Monday, Oct
27
FREE Shipping on orders over
$35 shipped by Amazon

Kaytee Hummingbird
ElectroNectar Wild Bird
Food, Ready to Use, 64
Ounces
★★★★½ 27,219
#1 Best Seller
-9% $9⁹⁹
($0.16/fluid ounce)
Typical: $10.99
Get it as soon as Wednesday,
Oct 29
FREE Shipping on orders over
$35 shipped by Amazon

I LOVE WORMS Dried
Black Soldier Fly Larvae
(5lb), 100% Natural No...
★★★★½ 2,512
-37% $22⁰⁹ ($4.42/lb)
Limited time deal
List: $34.99
Get it as soon as Tuesday,
Nov 4


C&S Peanut Delight No
Melt Suet Dough 11.75
Ounces, 8 Pack
★★★★½ 4,772
#1 Best Seller
$9⁸⁴ ($0.10/ounce)
Get it as soon as Wednesday,
Oct 29
FREE Shipping on orders over
$35 shipped by Amazon


Wagner's 53003 Farmer's
Delight Wild Bird Food
with Cherry Flavor, 20-
Pound Bag
★★★★½ 14,450
$19⁹⁸ ($0.06/ounce)
Get it as soon as Wednesday,
Oct 29
FREE Shipping on orders over
$35 shipped by Amazon

## Customers who viewed items in your browsing history also viewed

10/24/25, 6:31 PM     Amazon.com : SMONET Bird Feeder with Camera B300: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Birdfeeder Watching Live Video,Funny Birthday Gifts for …








**PeckCam® Bird Feeder with Camera Solar Powered, AI Identify & Auto Capture with 32G...**
★★★★☆ 195
-30% $69⁹⁸
Limited time deal
List: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
🌱 1 sustainability feature ⌄

**Smart Bird Feeder with Camera, 2K HD Birdwatching Camera with AI Identify Bird Species & Solar Panel,...**
★★★★☆ 146
-29% $79⁹⁹
List: $189.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**Kiwibit Beako™ Smart Bird Feeder with Camera Solar Powered...**
★★★★★ 115
Amazon's Choice
-32% $169⁹⁹
Limited time deal
List: $249.98
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**Bird Feeder with Camera,AI Identify Birds Species,Smart Bird Feeder with Camera Solar Powered, Auto Record...**
★★★★☆ 837
-35% $64⁹⁹
List Price: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**Smart Bird Feeder with Camera Solar Powered & AI Bird Identification, 2.4Ghz WiFi Bird feeders for Outdoors, 2K Live...**
★★★★☆ 425
-25% $59⁹⁹
List: $79.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**TT Nature Bird Feeder with Camera, Upgraded 1.5L Smart Birdhouse AI Identify for 10000 Plus Species, Auto Capture ...**
★★★★☆ 351
-47% $84⁹⁹
List Price: $159.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
🌱 1 sustainability feature ⌄

### Your Browsing History  View or edit your browsing history











Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | |
| | | Amazon Currency Converter | |





- Watch Birds on Your Phone: The bird feeder has a 2L large-capacity bird seeds storage box, which can be used to decorate garden, courtyard, and balcony. This bird feeder with a camera adopts thermal motion activated technology and has sensitive response speed. Once this camera attract humming bird, you can receive real-time notifications and get 1080P sharper image and live video to watch bird without disturb them.

- AI Identify 10000+ Species of Birds: Smonet smart bird feeders with camera support AI recognize 10000+ species of birds. We offer a 30-day bird identification trial on the VicoHome app let you know the types of birds and more information on their habits.After the trial ends, you can subscribe to a new plan if you want.Take this gift to your kids son,daughter, nephew and sister,it will help them get to know more beautiful and cute wild bird.

- 1080P Night Vision & Two way audio:The infrared night vision allows you to get clear black and white photos. You can also manually turn on the white light as needed to get clear colorful video at night. The built-in two way audio camera also allows you to listen to the birds sing while watching birds and start a short talk with someone in your garden.The camera supports up to a 128GB TF card (not included) to store recorded pictures and videos, allowing you to watch them anytime via playback.

- Solar Charging & Built-in Battery : 100% Wireless bird cam that is equipped with a built-in 3.3W solar panel and a 5000mah rechargeable battery.So it's easy to install with no worry about power issues.You only need to consider whether it is within the coverage of 2.4G wifi (5G is not supported).As a daughter,granddaughter,husband,if you have an elderly mama grandma wife who have everything and wants nothing, get this camera as the first time mother's day gift for them to view funny birds.

- Unique Gift Ideas: We all know it's hard to pick women gifts for mothers,nana,stepmom,step daugther,mother in law,bonus kids,teenage girls at Christmas,Birthday,Mother's Day,Valentine's Day,Thanksgiving and more.If your women are bird lover，this funny bird camera gift is sure to make them happy."My mom was excited to watch birds from her backyard and always shares beautiful bird moments with friend" One of our user said.

› See more product details

☐ Report an issue with this product or seller

## Consider a similar item

Bird Feeder with Camera Solar Powered : Smart Camera Bird Feeder 2K Live Steam for Outdoor, 5MP Photos, AI Identify Auto Capture Videos, 1.8L Large Capacity, Gifts for Birdlover Mom Dad

★★★★⯪ (626)

$136.99

♻ 1 sustainability feature

**Deals on related products** Sponsored ⓘ

Page 1 of 3

10/24/25, 6:28 PM     Amazon.com : SMONET Bird Feeder with Camera B300-YE: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift...

      

Bird Feeder with Camera with AI Identify Birds Species Solar Panel, Smart Bird Hous...
★★★★½ 1,451
**Limited time deal**
-31% $89⁹⁹
List: $129.99
✓prime
🌿 Climate Pledge Friendly

Bird Feeder with Camera AI Identify 2K Live Video Smart Bird Feeder with Camera, 2...
★★★★★ 46
**Limited time deal**
-56% $79⁹⁹
Typical: $179.99
✓prime

Bird Feeder with Camera Solar Powered : Smart Camera Bird Feeder 2K Live Feed Cam f...
★★★★½ 279
**Limited time deal**
-30% $139⁹⁸
List: $200.99
✓prime
🌿 Climate Pledge Friendly

Bird Feeder with Camera, AI Identify & Auto Capture with 32GB Card, 2...
★★★★½ 195
**Amazon's Choice**
**Limited time deal**
-30% $69⁹⁸
List: $99.99
✓prime
🌿 Climate Pledge Friendly

Bird Feeder with Camera and Bird Bath for Outdoors, Dual-Lens 2K HD Video with AI ...
★★★★★ 15
**Limited time deal**
-50% $199⁹⁹
List: $399.00
✓prime

Wireless Solar Powered Smart Bird Feeder with Camera for Outdoors Squirrel Proof, A...
★★★★½ 43
**Limited time deal**
-50% $49⁵⁰
List: $99.00
✓prime

Bird Feeder with Camera, Smart Birdfeeder with Solar-Powered, 5MP AI Identify Birds...
★★★★★ 83
**Limited time deal**
-33% $59⁹⁹
List: $89.99
✓prime

## Similar items that may deliver to you quickly

Page 1 of 4 ⋮

      

DCT Smart Bird Feeder with Camera - 1080P HD Camera Feeders for Outside, AI Bird Identify, Squirrel-Proof, Ideal Gif...
★★★★½ 34
$79⁹⁹
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Smart Bird Feeder with Camera: Solar Powered Birdhouse with AI Recognition, Wireless Bi...
★★★★½ 68
**Amazon's Choice**
-20% $79⁹⁹
Typical: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Bird Feeder with Camera Solar Powered : Smart Camera Bird Feeder 2K Live Steam for Outdoor...
★★★★½ 626
-36% $136⁹⁹
List: $214.99
**Limited time deal**
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
🌿 1 sustainability feature ⌄

Smart Bird Feeder with Camera Solar Powered - 2K HD Video Birdfeeder, AI Recognition, Real-Time Alerts, Weatherproof...
★★★★★ 20
$49⁹⁹
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Smart Bird Feeder with Camera Solar Powered for Outdoors, 2K FHD AI Recognition Bird Feeder Camera for Outside...
★★★★★ 25
-58% $109⁹⁹
Typical: $259.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Rayki Smart Bird Feeder with Camera Solar Powered, 2k HD Live Video & AI Identification 10,000+ Bird Species,...
★★★★½ 13
$99⁹⁹
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

PerchMe® Smart Bird Feeder with Camera Solar powered, AI Recognition, 1080P Auto Capture Bird & App Notify, Waterpro...
★★★★½ 48
$89⁹⁹
Get it as soon as **Friday, Oct 31**
FREE Shipping by Amazon
Only 4 left in stock - order...

## From the brand

10/24/25, 6:28 PM Amazon.com : SMONET Bird Feeder with Camera B300-YE: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift...



**Product description**

## Your Backyard Will Gradually Become Funny with The Birds Visit and Singing!



SMONET AI Bird Feeder Camera assists in bird identification, captures bird videos, understands behaviors, and attracts various birds to your backyard.

## Watch Live Video on Your Phone

10/24/25, 6:28 PM          Amazon.com : SMONET Bird Feeder with Camera B300-YE: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift...



**Clear pictures day and night, real-time interaction**



**Solar Powered, Designed for Outdoor Use**

10/24/25, 6:28 PM          Amazon.com : SMONET Bird Feeder with Camera B300-YE: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift...



**Ideal Gift for Mother's Day, Father's Day, Birthdays, and Christmas!**



**Product Videos**

10/24/25, 6:28 PM          Amazon.com : SMONET Bird Feeder with Camera B300-YE: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift...



## Product information

| Features & Specs | | ^ |
|---|---|---|
| Target Species | Hummingbird | |
| Recommended Uses For Product | birthday gifts for mom, funny mothers day gifts, gigi gifts for grandma, mother in law mothers day gift, mother's day gifts for mom, mothers day gifts for daughter, mothers day gifts for grandma, mothers day gifts for mom, mothers day gifts for sister, mothers day gifts for wife, nana mothers day gift | |
| Additional Features | Smart Bird Feeder AI Recognition | |
| Mounting Type | Freestanding | |
| Power Source | Solar Powered | |

| Measurements | | ^ |
|---|---|---|
| Item Dimensions L x W x H | 15"L x 12"W x 11"H | |
| Capacity | 2 Liters | |

| Item details | | ^ |
|---|---|---|
| Brand Name | SMONET | |
| Included Components | Birdhouse, Manual, Smart Bird Camera, Solar Panel, Two brackets | |
| Manufacturer | SMONET | |
| Customer Reviews | 4.6 ★★★★★ (132) 4.6 out of 5 stars | |
| Best Sellers Rank | #171,249 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden) #1,559 in Wild Bird Feeders | |
| ASIN | B0DX5KYYYS | |
| Item Height | 11 inches | |
| Unit Count | 1.0 Count | |

https://www.amazon.com/dp/B0DX5KYYYS?th=1                                                                        10/16

10/24/25, 6:28 PM          Amazon.com : SMONET Bird Feeder with Camera B300-YE: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift...

## Style                                              ^          ## Additional details                              ^

Color                          Yellow                            Material Type                     Plastic

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ⌄

### ⊶ Looking for specific info?

| Ask Rufus or search reviews and Q&A                                                      ➜ |

Can it record bird sounds?      Does it have motion detection?      Is it weatherproof?

Can multiple people watch the live video?      Does it need wifi to work?

## Important information

**Safety Information**

May contain common safety warnings for bird feeders, such as avoiding harmful food, securing the feeder, and following local regulations.

## Similar brands on Amazon                                                          Page 1 of 2

Sponsored ⓘ



< >

Birdbuddy Smart Solar Pro Hummingbird Feeder with Camera - AI...
4.3 ★★★★☆ 166
$299.00

Kiwibit Beako™ Smart Bird Feeder with 4K Camera Solar Powered for Outdoor...
4.9 ★★★★★ 115
**32% off** **Limited time deal**

Bird Feeder with Camera Solar Powered - Smart Bird Feeder Camera 2K HD Live...
4.5 ★★★★☆ 190
$139.99 List: $199.99

10/24/25, 6:28 PM     Amazon.com : SMONET Bird Feeder with Camera B300-YE: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift...

## Customer reviews

★★★★⯪ 4.6 out of 5

132 global ratings

| | | |
|---|---|---|
| 5 star | | 79% |
| 4 star | | 13% |
| 3 star | | 4% |
| 2 star | | 1% |
| 1 star | | 3% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

> Write a customer review

## Customers say

Customers love this bird feeder's ability to attract various kinds of birds and appreciate its crisp, clear video quality. The product is incredibly easy to set up and functions well, with one customer noting it survived two blackbear attacks. They find it fun to watch, with one mentioning it's particularly enjoyable during fall migrations. The battery life is impressive, with one customer reporting it stays at least 90% charged at all times, and they like its durability, with one mentioning it survived the winter well.

⚏ Generated from the text of customer reviews

**Select to learn more**

✓ Bird population   ✓ Camera quality   ✓ Ease of setup   ✓ Functionality   ✓ Fun to watch
✓ Battery life   ✓ Durability   ✓ Vision

## Reviews with images

See all photos ›

      

## Top reviews from the United States

**Kayla F.**

★★★★★ **I'm not even into birds like that**

Reviewed in the United States on June 14, 2024

Color: Blue   **Verified Purchase**

So I bought this bird feeder camera for my mother in law who just moved in with us. She's always sitting outside watching birds and other animals throughout the day. However, I have been OBSESSED with this thing. My wife tried to lure in some crows a couple weeks ago so when we saw the black bird, we were certain we had crows as visitors. The AI detection actually determined this was a Common Grackle. Who would've thought. I've now learned more than I thought I would about birds in less than a week. I send pictures and videos to my friends all day. I was 33 years old when I bought this, my soul is now 87 and I'm at peace with that.

As for its functionality, it's top tier. The solar panel charges the camera any time the sun is out. We don't have it directed at the sun the full day and I have verified that it's still charging even at dusk. I love the additional add-ons like the water bowl, hummingbird nectar, and forks for fresh fruit. We haven't had a hummingbird visit the camera yet but also have 3 other hummingbird feeders around the yard that are much larger.

⌄ Read more

  

13 people found this helpful

Helpful | Report

 Amazon Customer

★★★★★ **Impressive Feeder!**
Reviewed in the United States on July 2, 2024
Color: Blue | Verified Purchase



This is my 2nd video bird feeder that I've purchased. The first one was cheaply made and I'm so glad I returned it and tried this one. I did months of research and reading reviews before I finally decided on this one.

The installation process was simple and the instructions were clear. The video quality is amazing during the day and at night. This feeder serves not only as a bird feeder but also a security camera. The solar/built in battery work fantastic. I was worried due to the many trees in my yard that there would not be enough sun to charge it but I was wrong. The little bit of sun that the feeder gets is plenty. It stays at least

˅ Read more

4 people found this helpful

Helpful | Report

 Ooh, shiny gadget.

★★★★★ **Bringing nature closer to home**
Reviewed in the United States on May 9, 2024
Color: Blue | Verified Purchase



The SMONET Bird Feeder with Camera is a camera kit that is designed to get you up-close-and-personal with birds around your home. Walking around, I don't pay much attention to the birds that are surely all around me, although I know they're there because I hear them all day long.

This camera kit is designed to attract various kinds of birds. The main body stores a good amount of solid bird feed and there are attachments to provide fresh fruits and a couple of cups for nectar (for humming birds).

In the box, various fasteners are also included. This camera can be mounted on poles, against a wall, or

˅ Read more

10/24/25, 6:28 PM      Amazon.com : SMONET Bird Feeder with Camera B300-YE: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift...



7 people found this helpful

Helpful | Report

Jim Coughenour

★★★★☆ **Quality**

Reviewed in the United States on June 7, 2025

Color: Yellow | Verified Purchase

Great quality product, need to know something about wifi setup. The instructions are vague at best

Helpful | Report

Renee Hoffman

★★★★★ **Would recommend**

Reviewed in the United States on July 8, 2025

Color: Blue | Verified Purchase

Birds love it and so does the squirrels. Easy to install and works as it should. Very good camera videos. Would recommend

Helpful | Report

Zaid j

★★★★★ **Camera quality is really good**

Reviewed in the United States on October 15, 2025

Color: Blue | Verified Purchase

Friendly using app we love it. It's really nice.

Helpful | Report

See more reviews ›

**Based on your recent shopping trends**      Page 1 of 22 ⋮

‹      ›

10/24/25, 6:28 PM          Amazon.com : SMONET Bird Feeder with Camera B300-YE: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift...

      

**Bird Feeder with Camera Solar Powered : Smart Camera Bird Feeder 2K Live Steam for Outdoor...**
★★★★½ 626
-36% $136⁹⁹
List: $214.99
Limited time deal
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
🌿 1 sustainability feature ⌄

**Smart Bird Feeder with Camera: Solar Powered Birdhouse with AI Recognition, Wireless Bird House with Camera for...**
★★★★½ 68
-20% $79⁹⁹
Typical: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**birdsnap® PAV- Bird Feeder with Camera Solar Panel, 2K HD & 64GB Card, AI Identify Bird Species Smart Bird Hou...**
★★★★½ 681
-23% $99⁹⁹
List Price: $129.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
🌿 1 sustainability feature ⌄

**Smart Bird Feeder with Camera Solzr Powered, 2K HD Video, AI Bird...**
★★★★½ 253
Amazon's Choice
-44% $49⁹⁷
List: $89.99
Ends in 20:31:44
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**PeckCam® Bird Feeder with Camera with AI Identify 10000+ Birds Species, 3 Solar Panels, 2K Live View, Instant...**
★★★★½ 266
-23% $99⁹⁹
List Price: $128.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
🌿 1 sustainability feature ⌄

**HARYMOR Bird Feeder with Camera-2K Live Video, Solar-Powered, Smart AI Identify Birds,...**
★★★★½ 141
-38% $79⁹⁹
List: $129.99
Limited time deal
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**PerchMe® Smart Bird Feeder with Camera, Solar Powered Bird Watching Camera for Outside, 2K HD Auto...**
★★★★½ 106
-36% $89⁹⁹
List: $139.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help





bird identification trial on the VicoHome app let you know the types of birds and more information on their habits.After the trial ends, you can subscribe to a new plan if you want.Take this gift to your kids son,daughter, nephew and sister,it will help them get to know more beautiful and cute wild bird.

- 1080P Night Vision & Two way audio:The infrared night vision allows you to get clear black and white photos. You can also manually turn on the white light as needed to get clear colorful video at night. The built-in two way audio camera also allows you to listen to the birds sing while watching birds and start a short talk with someone in your garden.The camera supports up to a 128GB TF card (not included) to store recorded pictures and videos, allowing you to watch them anytime via playback.

- Solar Charging & Built-in Battery : 100% Wireless bird cam that is equipped with a built-in 3.3W solar panel and a 5000mah rechargeable battery.So it's easy to install with no worry about power issues.You only need to consider whether it is within the coverage of 2.4G wifi (5G is not supported).As a daughter,granddaughter,husband,if you have an elderly mama grandma wife who have everything and wants nothing, get this camera as the first time mother's day gift for them to view funny birds.

- Unique Gift Ideas: We all know it's hard to pick women gifts for mothers,nana,stepmom,step daugther,mother in law,bonus kids,teenage girls at Christmas,Birthday,Mother's Day,Valentine's Day,Thanksgiving and more.If your women are bird lover , this funny bird camera gift is sure to make them happy."My mom was excited to watch birds from her backyard and always shares beautiful bird moments with friend" One of our user said.

› See more product details

⚐ Report an issue with this product or seller

Subtotal
$0.00

[ Go to Cart ]

SMONET Bird
Feeder with
Camera B300:
Smart
Birdhou... was
removed from
Shopping
Cart.

---

**Similar items that may deliver to you quickly**                                                                     Page 1 of 4   ⋮











Smart Bird Feeder with Camera: Solar Powered Birdhouse with AI Recognition, Wireless Bird House with Camera for...
★★★★☆ 68
-20% $79⁹⁹
Typical: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

TT Nature Bird Feeder with Camera, Upgraded 1.5L Smart Birdhouse AI Identify for 10000 Plus Species, Auto Capture ...
★★★★☆ 351
-47% $84⁹⁹
List Price: $159.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

BROAIMX Bird Feeder with Camera-2K HD & Full Color Night Vision, Free AI Forever for 1,1000+ Species...
★★★★☆ 205
$139⁹⁹
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
♻ 3 sustainability features ⌄

birdsnap® PAW- Bird Feeder with Camera Solar Panel, 2K HD & 64GB Card, AI Identify Bird...
★★★★☆ 681
Amazon's Choice
-23% $99⁹⁹
List Price: $129.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
♻ 1 sustainability feature ⌄

Bird Feeder with Camera Solar Powered : Smart Camera Bird Feeder 2K Live Steam for Outdoor...
★★★★☆ 626
Limited time deal
-36% $136⁹⁹
List: $214.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
♻ 1 sustainability feature ⌄

Rayki Smart Bird Feeder with Camera Solar Powered, 2k Hd Live Video & AI Identification 10,000+ Bird Species,...
★★★★☆ 13
$99⁹⁹
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Vingtok Smart Bird Feeder with Camera,Outdoor Bird Watching Camera with Solar Powered,Full HD ...
★★★★☆ 34
-5% $48⁴⁴
Typical: $50.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**Based on your recent shopping trends**

Page 1 of 20

Subtotal
$0.00

Go to Cart









| Smart Bird Feeder with Camera: Solar Powered Birdhouse with AI Recognition, Wireless Bird House with Camera for... | PeckCam® Bird Feeder with Camera with AI Identify 10000+ Birds Species, 3 Solar Panels, 2K Live View, Instant... | Bird Feeder with Camera Solar Powered - Smart Bird Feeder Camera 2K HD Live Stream, 5MP Photos, AI Identificatio... | BROAIMX Bird Feeder with Camera-2K HD & Full Color Night Vision, Free AI Forever fo 1,1000+ Species... | BROAIMX Smart Bird Feeder with Camera-AI Identify 11,000+ Species, 2K HD Auto Capture Birds Video & 64G TF Card,... | TT Nature Bird Feeder with Camera, Upgraded 1.5L Smart Birdhouse AI Identify for 10000 Plus... | Bird Feeder with Camera,AI Identify Birds Species,Smart Bird Camera with Solar Powered,Auto Record... |
|---|---|---|---|---|---|---|
| ★★★★☆ 68 | ★★★★☆ 266 | ★★★★☆ 190 | ★★★★☆ 205 | ★★★★★ 14 | ★★★★☆ 351 | ★★★★☆ 837 |
| -20% $79⁹⁹ | -23% $99⁹⁹ | -30% $139⁹⁹ | $139⁹⁹ | -18% $139⁹⁹ | -47% $84⁹⁹ | -35% $64⁹⁹ |
| Typical: $99.99 | List Price: $129.99 | List: $199.99 | | List: $169.99 | List Price: $159.99 | List Price: $99.99 |
| | | | Get it as soon as **Wednesday, Oct 29** | | Amazon's Choice | |
| Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | FREE Shipping by Amazon | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** |
| FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | ♻ 3 sustainability features ⌄ | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon |
| | ♻ 1 sustainability feature ⌄ | | | ♻ 3 sustainability features ⌄ | ♻ 1 sustainability feature ⌄ | |

SMONET Bird Feeder with Camera B300: Smart Birdhou... was removed from Shopping Cart.

**From the brand**





Subtotal
**$0.00**

Go to Cart

SMONET Bird
Feeder with
Camera B300:
Smart
Birdhou... was
removed from
Shopping
Cart.

**Product description**

## Your Backyard Will Gradually Become Funny with The Birds Visit and Singing!



SMONET AI Bird Feeder Camera assists in bird identification, captures bird videos, understands behaviors, and attracts various birds to your backyard.

## Watch Live Video on Your Phone



**Clear pictures day and night, real-time interaction**



**Solar Powered, Designed for Outdoor Use**

10/24/25, 6:33 PM          Amazon.com : SMONET Bird Feeder with Camera B300-GR: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift…



**Ideal Gift for Mother's Day, Father's Day, Birthdays, and Christmas!**

10/24/25, 6:33 PM    Amazon.com : SMONET Bird Feeder with Camera B300-GR: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift…



**Product Videos**

10/24/25, 6:33 PM          Amazon.com : SMONET Bird Feeder with Camera B300-GR: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift...



## Product information

| Features & Specs | ^ |
|---|---|
| Target Species | Hummingbird |
| Recommended Uses For Product | Birthday gift for mom, Birthday gifts for dad, Father's day Gift, Fathers day gifts from daughter, Fathers day gifts from son, Fathers day gifts from wife, Gifts for dad, Gifts for dad who have everything, Gifts for dad who wants nothing, Gifts for mom, Gifts for moms who have everything |
| Additional Features | Smart Bird Feeder AI Recognition |
| Mounting Type | Freestanding |
| Power Source | Solar Powered |

| Measurements | ^ |
|---|---|
| Item Dimensions L x W x H | 15"L x 12"W x 11"H |

| Item details | ^ |
|---|---|
| Brand Name | SMONET |
| Included Components | Birdhouse, Manual, Smart Bird Camera, Solar Panel, Two brackets |
| Manufacturer | SMONET |
| Customer Reviews | 4.6 ★★★★★ (132) 4.6 out of 5 stars |
| Best Sellers Rank | #171,249 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden) #1,559 in Wild Bird Feeders |
| ASIN | B0DX6LHKRL |
| Item Height | 11 inches |
| Unit Count | 1.0 Count |

https://www.amazon.com/dp/B0DX6LHKRL?th=1                                                                                                     9/15

10/24/25, 6:33 PM          Amazon.com : SMONET Bird Feeder with Camera B300-GR: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift...

| Capacity | 2 Liters |
| --- | --- |

## Style  ^

| | |
| --- | --- |
| Theme | Birds |
| Color | Green |

### Additional details  ^

| | |
| --- | --- |
| Material Type | Plastic |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Feedback**

Would you like to tell us about a lower price? ⌄

⭘⁺ **Looking for specific info?**

| Ask Rufus or search reviews and Q&A | ➔ |
| --- | --- |

Can it record bird sounds?    Does it have motion detection?    Is it weatherproof?

Can multiple people watch the live video?    Does it need wifi to work?

## Important information

**Safety Information**

May contain common safety warnings for bird feeders, such as avoiding harmful food, securing the feeder, and following local regulations.

## Similar brands on Amazon

Sponsored ⓘ                                                                                                      Page 1 of 2



Bird Feeder with Camera Solar Powered : Smart Camera Bird Feeder 2K Live Fee...
4.7 ★★★★★ 279

Birdbuddy PRO Solar Smart Bird Feeder with Camera - AI Bird Species...
4.3 ★★★★½ ٬642
$299.00

Smart Bird Feeder with Camera Solar Powered & AI Bird Identification, 2.4G...
4.4 ★★★★½ 425
$59.99  List: $79.99

| Subtotal |
| --- |
| **$0.00** |

Go to Cart

SMONET Bird Feeder with Camera B300: Smart Birdhou... was removed from Shopping Cart.



10/24/25, 6:33 PM     Amazon.com : SMONET Bird Feeder with Camera B300-GR: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift...

**Customer reviews**

★★★★½ 4.6 out of 5

132 global ratings

| | | |
|---|---|---|
| 5 star | | 79% |
| 4 star | | 13% |
| 3 star | | 4% |
| 2 star | | 1% |
| 1 star | | 3% |

How customer reviews and ratings work ⌄

**Review this product**

Share your thoughts with other customers

[ Write a customer review ]

**Customers say**

Customers love this bird feeder's ability to attract various kinds of birds and appreciate its crisp, clear video quality. The product is incredibly easy to set up and functions well, with one customer noting it survived two blackbear attacks. They find it fun to watch, with one mentioning it's particularly enjoyable during fall migrations. The battery life is impressive, with one customer reporting it stays at least 90% charged at all times, and they like its durability, with one mentioning it survived the winter well.

⚘ Generated from the text of customer reviews

Select to learn more

✓ Bird population | ✓ Camera quality | ✓ Ease of setup | ✓ Functionality | ✓ Fun to watch |
✓ Battery life | ✓ Durability | ✓ Vision |

**Reviews with images**

See all photos ›

**Top reviews from the United States**

Kayla F.

★★★★★ **I'm not even into birds like that**

Reviewed in the United States on June 14, 2024

Color: Blue | Verified Purchase

So I bought this bird feeder camera for my mother in law who just moved in with us. She's always sitting outside watching birds and other animals throughout the day. However, I have been OBSESSED with this thing. My wife tried to lure in some crows a couple weeks ago so when we saw the black bird, we were certain we had crows as visitors. The AI detection actually determined this was a Common Grackle. Who would've thought. I've now learned more than I thought I would about birds in less than a week. I send pictures and videos to my friends all day. I was 33 years old when I bought this, my soul is now 87 and I'm at peace with that.

As for its functionality, it's top tier. The solar panel charges the camera any time the sun is out. We don't have it directed at the sun the full day and I've verified that it's still charging even at dusk. I love the additional add-ons like the water bowl, hummingbird nectar, and forks for fresh fruit. We haven't had a hummingbird visit the camera yet but also have 3 other hummingbird feeders around the yard that are much larger.

⌄ Read more

10/24/25, 6:33 PM    Amazon.com : SMONET Bird Feeder with Camera B300-GR: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift...

  

Subtotal
$0.00

Go to Cart

SMONET Bird
Feeder with
Camera B300:
Smart
Birdhou... was
removed from
Shopping
Cart.

13 people found this helpful

Helpful    |    Report

 Amazon Customer

★★★★★ Impressive Feeder!
Reviewed in the United States on July 2, 2024
Color: Blue    |    Verified Purchase



This is my 2nd video bird feeder that I've
purchased. The first one was cheaply made and
I'm so glad I returned it and tried this one. I did
months of research and reading reviews before
I finally decided on this one.

The installation process was simple and the
instructions were clear. The video quality is
amazing during the day and at night. This
feeder serves not only as a bird feeder but also
a security camera. The solar/built in battery
work fantastic. I was worried due to the many
trees in my yard that there would not be
enough sun to charge it but I was wrong. The little bit of sun that the feeder gets is plenty. It stays at least

⌄ Read more

4 people found this helpful

Helpful    |    Report

 Ooh, shiny gadget.

★★★★★ Bringing nature closer to home
Reviewed in the United States on May 9, 2024
Color: Blue    |    Verified Purchase



The SMONET Bird Feeder with Camera is a
camera kit that is designed to get you up-close-
and-personal with birds around your home.
Walking around, I don't pay much attention to
the birds that are surely all around me,
although I know they're there because I hear
them all day long.

This camera kit is designed to attract various
kinds of birds. The main body stores a good
amount of solid bird feed and there are
attachments to provide fresh fruits and a
couple of cups for nectar (for humming birds).

In the box, various fasteners are also included. This camera can be mounted on poles, against a wall, or

⌄ Read more

Subtotal
**$0.00**

Go to Cart

SMONET Bird Feeder with Camera B300: Smart Birdhou... was removed from Shopping Cart.

7 people found this helpful

Helpful | Report

Jim Coughenour

★★★★☆ **Quality**

Reviewed in the United States on June 7, 2025

Color: Yellow | Verified Purchase

Great quality product, need to know something about wifi setup. The instructions are vague at best

Helpful | Report

Renee Hoffman

★★★★★ **Would recommend**

Reviewed in the United States on July 8, 2025

Color: Blue | Verified Purchase

Birds love it and so does the squirrels. Easy to install and works as it should. Very good camera videos. Would recommend

Helpful | Report

Zaid j

★★★★★ **Camera quality is really good**

Reviewed in the United States on October 15, 2025

Color: Blue | Verified Purchase

Friendly using app we love it. It's really nice.

Helpful | Report

See more reviews ›

**Top rated similar items**

Page 1 of 4

‹                                                                                                    ›

10/24/25, 6:33 PM          Amazon.com : SMONET Bird Feeder with Camera B300-GR: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift...









Soliom- Bird Feeder with Camera, 5W Solar Powered, AI Identify Species, Smart Wild Bird Watching, 2K Live View,...
★★★★☆ 483
$129.00
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Bird Feeder with Camera, AI Identify Birds Species, Smart Bird Camera with Solar Powered, Auto Record...
★★★★☆ 857
-35% $64.99
List Price: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

birdsnap® PAV- Bird Feeder with Camera Solar Panel, 2K HD & 64GB Card, AI Identify Bird...
★★★★☆ 681
Amazon's Choice
-23% $99.99
List Price: $129.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
☘ 1 sustainability feature ⌄

Osoeri Bird Feeder with Camera - Solar Smart Bird Feeder with AI Identify, 1080P HD Aut...
★★★★☆ 673
Limited time deal
-45% $58.20
List: $105.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
3% Claimed

Bird Feeder with Camera Outdoor Solar: Smart Birdfeeder Cam for Outside Garden - 2K H...
★★★★☆ 490
Amazon's Choice
-30% $69.99
List Price: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Bird Feeder with Camera, WiFi Smart Bird House with Cam Solar Powered for Outdoor, AI Identify, App...
★★★★☆ 546
-17% $49.99
Typical price: $59.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

TT Nature Bird Feeder with Camera, Upgraded 1.5L Smart Birdhouse AI Identify for 10000 Plus Species, Auto Capture ...
★★★★☆ 351
-47% $84.99
List Price: $159.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
☘ 1 sustainability feature ⌄

Subtotal
$0.00

Go to Cart

SMONET Bird Feeder with Camera B300: Smart Birdhou... was removed from Shopping Cart.



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

https://www.amazon.com/dp/B0DX6LHKRL?th=1                                                                                          14/15

10/24/25, 6:33 PM          Amazon.com : SMONET Bird Feeder with Camera B300-GR: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gift...





10/24/25, 6:32 PM                                        Place Your Order - Amazon Checkout

**amazon**                          Secure checkout ⌄                                      🛒 Cart

**Delivering to KIM**                                                              Change

219 S DEARBORN ST, CHICAGO IL 60604, CHICAGO, IL, 60604-
1702, United States

Add delivery instructions

Pickup available nearby ⌄

---

**Paying with Mastercard 1011**                                                    Change

Select a payment plan

Use a gift card, voucher, or promo code

⚠ Secure your delivery with one-time password or signature. Someone must be physically
present at the address for delivery of some items. View items
☑ Require one-time password or signature on delivery

ⓘ Want to save time on your next order and go directly to this step
when checking out?
☐ Default to this delivery address and payment method.

**Congratulations KIM, you are eligible
for
30 days of Prime for $0!**

Get your Prime eligible items **Monday,
Oct. 27** for FREE.

Try Prime free

Place your order

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

| | |
|---|---|
| Items: | $129.99 |
| Shipping & handling: | $6.99 |
| Estimated tax to be collected: | $13.32 |
| **Order total:** | **$150.30** |

https://www.amazon.com/checkout/p/p-106-7943456-5063433/spc?pipelineType=Chewbacca&hasWorkingJavascript=1                                1/3

10/24/25, 6:32 PM                                              Place Your Order - Amazon Checkout



**Why pay for delivery?**

**KIM, we're giving you Prime free for 30 days**          Try Prime free for 30 days

Get your Prime eligible items **Monday, Oct. 27** for FREE          Cancel anytime.

### Arriving Oct 27, 2025
If you order in the next 18 hours and 27 minutes

SMONET Bird Feeder with Camera B300: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Birdfeeder Watching Live Video,Funny Birthday Gifts for Mom Mother Grandma Daughter
**$129.99**
& FREE Returns ⌄
Ships from Amazon.com
Sold by SMONET Direct

🗑 1 +

Add gift options

○ **Monday, Oct 27**
**Fast, FREE Delivery**
**FREE Prime Delivery with your free trial of Prime**

○ **Wednesday, Oct 29**
FREE Delivery

◉ **Monday, Oct 27**
$6.99 - Delivery

Place your order          **Order total: $150.30**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

https://www.amazon.com/checkout/p/p-106-7943456-5063433/spc?pipelineType=Chewbacca&hasWorkingJavascript=1                    2/3



10/24/25, 6:32 PM                                    Place Your Order - Amazon Checkout

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart



Back to top

amazon    ⊕ English ⇅    🇺🇸 United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✔✕
© 1996–2025, Amazon.com, Inc. or its affiliates

10/24/25, 6:30 PM                              Place Your Order - Amazon Checkout



**Delivering to KIM**                                          Change

219 S DEARBORN ST, CHICAGO IL 60604, CHICAGO, IL, 60604-
1702, United States

Add delivery instructions

Pickup available nearby ⌄

**Paying with Mastercard 1011**                               Change

Select a payment plan

Use a gift card, voucher, or promo code

⚠ Secure your delivery with one-time password or signature. Someone must be physically
present at the address for delivery of some items. View items
☑ Require one-time password or signature on delivery

ℹ Want to save time on your next order and go directly to this step
when checking out?
☐ Default to this delivery address and payment method.

**Congratulations KIM, you are eligible
for
30 days of Prime for $0!**

Get your Prime eligible items **Monday,
Oct. 27** for FREE.

Try Prime free

Place your order

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

| Items: | $129.99 |
| Shipping & handling: | $6.99 |
| Estimated tax to be collected: | $13.32 |
| **Order total:** | **$150.30** |

https://www.amazon.com/checkout/p/p-106-9042599-0155454/spc?pipelineType=Chewbacca&hasWorkingJavascript=1                    1/3

10/24/25, 6:30 PM                                                        Place Your Order - Amazon Checkout



Why pay for delivery?

**KIM, we're giving you Prime free for 30 days**    [ Try Prime free for 30 days ]

Get your Prime eligible items **Monday, Oct. 27** for FREE         Cancel anytime.

### Arriving Oct 27, 2025
If you order in the next 18 hours and 29 minutes

SMONET Bird Feeder with Camera B300-YE: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gifts for Mom Mother and Dad Father
**$129.99**
& FREE Returns ⌄
Ships from Amazon.com
Sold by SMONET Direct

🗑 1 +

Add gift options

○ **Monday, Oct 27**
**Fast, FREE Delivery**
**FREE Prime Delivery with your free trial of Prime**

○ **Wednesday, Oct 29**
FREE Delivery

◉ **Monday, Oct 27**
$6.99 - Delivery

[ Place your order ]    **Order total: $150.30**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

10/24/25, 6:30 PM                                    Place Your Order - Amazon Checkout

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart



Back to top

amazon      ⊕ English  ⇕      🇺🇸 United States        Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices  ☑✕
© 1996-2025, Amazon.com, Inc. or its affiliates



10/24/25, 6:33 PM                                    Place Your Order - Amazon Checkout

**amazon**                          **Secure checkout** ⌄                                  🛒 Cart

**Delivering to KIM**                                                        Change

219 S DEARBORN ST, CHICAGO IL 60604, CHICAGO, IL, 60604-
1702, United States

Add delivery instructions

Pickup available nearby ⌄

**Paying with Mastercard 1011**                                              Change

Select a payment plan

Use a gift card, voucher, or promo code

⚠️ Secure your delivery with one-time password or signature. Someone must be physically
present at the address for delivery of some items. View items
☑️ Require one-time password or signature on delivery

ℹ️ Want to save time on your next order and go directly to this step
when checking out?
☐ Default to this delivery address and payment method.

**Congratulations KIM, you are eligible
for
30 days of Prime for $0!**

Get your Prime eligible items **Monday,
Oct. 27** for FREE.

Try Prime free

Place your order

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

| | |
|---|---|
| Items: | $129.99 |
| Shipping & handling: | $6.99 |
| Estimated tax to be collected: | $13.32 |
| **Order total:** | **$150.30** |

10/24/25, 6:33 PM          Place Your Order - Amazon Checkout



**Why pay for delivery?**

**KIM, we're giving you Prime free for 30 days**    Try Prime free for 30 days

Get your Prime eligible items **Monday, Oct. 27** for FREE     Cancel anytime.

**Arriving Oct 27, 2025**

If you order in the next 18 hours and 26 minutes

SMONET Bird Feeder with Camera B300-GR: Smart Birdhouse Camera AI Recognition Solar Powered,Outdoor Wireless WiFi Bird Feeder Watching Live Video,Funny Birthday Gifts for Mom Mother and Dad Father
**$129.99**
& **FREE Returns** ⌄
Ships from Amazon.com
Sold by SMONET Direct

🗑 1 +

Add gift options

○ **Monday, Oct 27**
**Fast, FREE Delivery**
**FREE Prime Delivery with your free trial of Prime**

○ **Wednesday, Oct 29**
FREE Delivery

⦿ **Monday, Oct 27**
$6.99 - Delivery

**Place your order**    **Order total: $150.30**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

https://www.amazon.com/checkout/p/p-106-5681416-9146616/spc?pipelineType=Chewbacca&hasWorkingJavascript=1     2/3

10/24/25, 6:33 PM                                    Place Your Order - Amazon Checkout



Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart



Back to top

amazon        🌐 English ⇕        🇺🇸 United States        Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✔✕
© 1996-2025, Amazon.com, Inc. or its affiliates

YAXUSEE

Amazon.com Seller Profile: YAXUSEE





# YAXUSEE

Visit the YAXUSEE storefront

★★★★★ | **100% positive** in the last 12 months (19 ratings)

## About Seller

YAXUSEE is committed to providing each customer with the highest standard of customer service.

### Have a question for YAXUSEE?

[ Ask a question ]

## Reviews

★★★★★ 4.8 out of 5
19 ratings

[ 12 months ˅ ]

| | | |
|---|---|---|
| 5 star | ████████████ | 84% |
| 4 star | ███ | 16% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ˅

**Share your thoughts with other customers**

[ Leave seller feedback ]

### FILTER BY

[ All stars ˅ ]

19 total ratings, 19 with feedback for 12 months ⓘ

★★★★★ " Excelente "
By jose mogollon on August 23, 2025.

★★★★★ " Fast shipping was just what I needed "
By Sandra Pegg on June 24, 2025.

★★★★★ " Perfect "
By Amazon Customer on June 17, 2025.

★★★★★ " Perfect "

By Amazon Customer on June 17, 2025.

 ★★★★★ "Awesome price works great"

By Michael Wilson on June 16, 2025.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** ganzhouxichengkejiyouxiangongsi
**Business Address:**
  南康区
  东山街道办事处坪塘村（盈海家具博览城二期（大卖场酒店办公楼）3-305号商铺）
  赣州市
  江西

Amazon.com Seller Profile: YAXUSEE



341000
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

### Get to Know Us

Careers

Amazon
Newsletter

About Amazon

Accessibility

Sustainability

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your
Brand

Become an Affiliate

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

### Let Us Help You

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

10/24/25, 6:45 PM　　　　　　　　　Amazon.com Seller Profile: YAXUSEE



| | | | |
|---|---|---|---|
| Press Center | Become a Delivery Driver | Reload Your Balance | Returns & Replacements |
| Investor Relations | Start a Package Delivery Business | Gift Cards | Manage Your Content and Devices |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | Recalls and Product Safety Alerts |
| Amazon Science | Self-Publish with Us | | Registry & Gift List |
| | Become an Amazon Hub Partner | | Help |
| | › See More Ways to Make Money | | |

amazon

English ▾     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |

Amazon.com Seller Profile: YAXUSEE

| Neighbors App | Amazon | PillPack | Amazon Renewed |
|---|---|---|---|
| Real-Time Crime & Safety Alerts | **Subscription Boxes** Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon, Inc. or its affiliates





Can it record videos at night?     Does it need Wi-Fi to work?

Is the camera motion-activated?     Ask something else

this bird feeder, becoming an expert in the species that visit your yard and attracting even more feathered friends to your garden

- 【Receive Bird Arrival Notification】 - Are you still watching birds with binoculars? The bird feeder camera can auto-capture coming birds (like bluebirds, hummingbirds, etc.), record videos of birds entering the detection area from this bird feeder, and your phone can receive instant notifications with high-resolution snapshots

- 【Solar Powered and Long Lasting Battery Life】 - Say goodbye to constant recharging. This bird feeder camera pairs a 3W solar panel with a 5000mAh battery, creating the perfect power duo: on sunny days, the solar panel keeps the device running, and on cloudy days, a full charge lasts up to 28 days. Even with multiple users or frequent wake-ups, it's designed to handle it all, so you can keep watching birds with this bird feeder without interruptions

- 【Built for All Seasons and All Conditions】 - With an IP65 waterproof rating and a temperature range of -10°C to 45°C, this bird feeder is tough enough to handle extreme weather, perfect for various bird feeders setups. The 1.25L food storage container features a funnel design and food-grade PE material, extending the freshness of your bird seed by 3x

- 【Present for Bird Watching & Bird Lovers】 - The app of this bird feeder can support multiple users and share lovely videos of birds from this camera bird feeder on social media. It is a great present for children, elderly, and bird-watching enthusiasts. It will strengthen communication between families, like our parents who always share the beautiful moments of birds

› See more product details

Report an issue with this product or seller

Subtotal
$0.00

Go to Cart

SMONET Bird Feeder with Camera 8300-Gif: Smart Bird... was removed from Shopping Cart.

**Similar items that may deliver to you quickly**

Page 1 of 4

‹     ›

amazon     Deliver to KIM     Chicago 60604     All ▾                          Hello, KIM     Returns
                                                                                Account & Lists     & Orders

10/24/25, 6:35 PM     Amazon.com : Bird Feeder with Camera, 2K HD AI Identify Birds Species, Smart Bird Feeder with Camera Solar Powered, Auto Record Birds Video, Instant Notifications, Ideal Gifts for Family and...

    

**Subtotal**
$0.00

Go to Cart

SMONET Bird Feeder with Camera 8300-GR: Smart Bird Camera... was removed from Shopping Cart.

Smart Bird Feeder with Camera, 1.5L 4K HD AI Identification Bird Watching Camera with Solar Powered, Ideal Gi...
★★★★★ 17
$47⁹⁹
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Smart Bird Feeder with Camera Solar Powered, 2K HD Video, AI Bird...
★★★★☆ 253
**Amazon's Choice**
-44% $149⁹⁷
**Ends in 20.24:47**
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Bird Feeder with Camera Solar Powered, Upgraded Metal Smart Birds...
★★★★☆ 14
**Save 20%**
-20% $139⁹⁹
Typical: $49.99
Lowest price in 30 days
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
🌿 3 sustainability features ⌄

DOCOON Smart Bird Feeder with Camera, 2K HD AI Identify Birds Species, Bir d Watching Camera with Solar Pan...
★★★★☆ 189
$89⁹⁹
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

PeckCam® Bird Feeder with Camera Solar Powered, AI Identify & Auto Capture with 32G...
★★★★☆ 195
-30% $69⁹⁹
**Limited time deal**
List: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
🌿 1 sustainability feature ⌄

Smart Bird Feeder with Camera Solar Powered & AI Bir d Identification, 2.4GHz WiFi feeders for Outdoors, 2K Live...
★★★★☆ 425
-25% $59⁹⁹
List: $79.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Vingtok Smart Bird Feeder with Camera, Outdoor Bird Watching Camera House with Solar Powered, Full HD AI...
★★★★☆ 34
-5% $33⁹⁰
Typical: $35.69
Get it as soon as **Wednesday, Oct 29**
FREE Shipping on orders over $35 shipped by Amazon

---

**Based on your recent shopping trends**
Page 1 of 21 ⋮

‹

      

Smart Bird Feeder with Camera Solar Powered, 2K HD Video, AI Bird...
★★★★☆ 253
**Amazon's Choice**
-44% $149⁹⁷
List: $89.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Smart Bird Feeder with Camera Solar Powered & AI Bird Identification, 2.4Ghz WiFi Bird feeders for Outdoors, 2K Live...
★★★★☆ 425
-25% $59⁹⁹
List: $79.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Smart Bird Feeder with Camera,2.5K HD Bird Watching Camera with AI Identify,Auto Capture Birds Videos &...
★★★★☆ 21
-50% $39⁹⁹
List: $79.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

PeckCam® Bird Feeder with Camera Solar Powered, AI Identify & Auto Capture with 32G...
★★★★☆ 195
-30% $69⁹⁹
**Limited time deal**
List: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
🌿 1 sustainability feature ⌄

Smart Bird Feeder with Camera, 1.5L 4K HD AI Identification Bird Watching Camera with Solar Powered, Ideal Gi...
★★★★★ 17
$47⁹⁹
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

oddkont Bird Feeder with Camera - Smart Bird Cam with AI Identify BirdSpecies, Auto Record BirdVideo, Instant...
★★★★☆ 287
$69⁹⁹
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

Billber Bird Feeder with Camera - Outdoor Smart High-Definition Hummingbird Feeder, Solar Panel & Night...
★★★★☆ 28
$39⁹⁹
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

›

---

**Product description**



10/24/25, 6:35 PM          Amazon.com : Bird Feeder with Camera, 2K HD AI Identify Birds Species, Smart Bird Feeder with Camera Solar Powered, Auto Record Birds Video, Instant Notifications, Ideal Gifts for Family and...



10/24/25, 6:35 PM        Amazon.com : Bird Feeder with Camera, 2K HD AI Identify Birds Species, Smart Bird Feeder with Camera Solar Powered, Auto Record Birds Video, Instant Notifications, Ideal Gifts for Family and...



10/24/25, 6:35 PM          Amazon.com : Bird Feeder with Camera, 2K HD AI Identify Birds Species, Smart Bird Feeder with Camera Solar Powered, Auto Record Birds Video, Instant Notifications, Ideal Gifts for Family and...





10/24/25, 6:35 PM          Amazon.com : Bird Feeder with Camera, 2K HD AI Identify Birds Species, Smart Bird Feeder with Camera Solar Powered, Auto Record Birds Video, Instant Notifications, Ideal Gifts for Family and...

Subtotal
$0.00
Go to Cart

SMONET Bird
Feeder with
Camera
8300-Gfr
Smart Bird...
was removed
from
Shopping
Cart.



❶ Easy install it onto the tree



❷ Connect it to 2.4Ghz WiFi



❸ Watching the birds on App






**Product Videos**





10/24/25, 6:35 PM          Amazon.com : Bird Feeder with Camera, 2K HD AI Identify Birds Species, Smart Bird Feeder with Camera Solar Powered, Auto Record Birds Video, Instant Notifications, Ideal Gifts for Family and...

## Product information

| Features & Specs | |
|---|---|
| Target Species | Birds |
| Recommended Uses For Product | Bird |
| Additional Features | Inbuilt Camera, AI Bird Identification |
| Mounting Type | Pole Mount |
| Power Source | Solar Powered |

| Measurements | |
|---|---|
| Item Dimensions L x W x H | 12"L x 8"W x 12"H |
| Capacity | 1.25 Liters |
| Item Weight | 2100 Grams |

| Item details | |
|---|---|
| Brand Name | Beautiq |
| Included Components | bird feeder |
| UPC | 795706055231 |
| Manufacturer | Beautiq |
| Customer Reviews | 3.7 ★★★★☆ ✔ (4) 3.7 out of 5 stars |
| Best Sellers Rank | #4,234 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden) #31 in Wild Bird Feeders |
| ASIN | B0DXTB6YZK |
| Item Height | 12 inches |

https://www.amazon.com/Identify-Species-Powered-Instant-Notifications/dp/B0DXTB6YZK/ref=sr_1_110?crid=2HUY0PEQL9CKI&dib=eyJ2IjoiMSJ9.6xB65VTekSAlS1B4xFwf00ZJW5Fl3e7kgIxntOOY8tA5uoNdl8g...          11/17

10/24/25, 6:35 PM                 Amazon.com : Bird Feeder with Camera, 2K HD AI Identify Birds Species, Smart Bird Feeder with Camera Solar Powered, Auto Record Birds Video, Instant Notifications, Ideal Gifts for Family and...







2 people found this helpful

Helpful   |   Report

See more reviews ›

## Top rated similar items

Page 1 of 3

Bird Feeder with Camera, AI Identify Birds Species, Smart Bird Camera with Solar Powered, Auto Record...
★★★★☆ 837
-35% $64.99
List Price: $99.99
Get it as soon as Wednesday, Oct 29
FREE Shipping by Amazon

Osoeri Bird Feeder with Camera - Solar Smart Bird Feeder with AI...
★★★★☆ 673
Amazon's Choice
-45% $58.00
Limited time deal
List: $105.99
Get it as soon as Wednesday, Oct 29
FREE Shipping by Amazon

Bird Feeder with Camera, WiFi Smart Bird House with Cam Solar Powered for Outdoor, AI Identify, App...
★★★★☆ 546
-17% $49.99
Typical price: $59.99
Get it as soon as Wednesday, Oct 29
FREE Shipping by Amazon

Birdkiss Smart Camera Bird Feeder with Solar Pannel, DIY Different Add-Ones Including Suet Ball, Jelly Feeder, Mini...
★★★★☆ 375
$109.99
Get it as soon as Wednesday, Oct 29
FREE Shipping by Amazon
Only 17 left in stock - order...

Smart Bird Feeder with Camera Solar Powered & AI Bi rd Identification, 2.4Ghz WiFi Bird feeders for Outdoors, 2K Live...
★★★★☆ 425
-25% $59.99
List: $79.99
Get it as soon as Wednesday, Oct 29
FREE Shipping by Amazon

VEVOR Bird Feeder with Camera, Smart Bird House Camera Solar Powered, Wireless Vedio Birdhouse with AI Identify Resolution, 2K Full HD,...
★★★★☆ 126
$59.99
FREE Shipping

oddkont Bird Feeder with Camera - Smart Bird Carr with AI Identify BirdSpecies, Auto Record BirdVideo, Instant...
★★★★☆ 287
$69.99
Get it as soon as Wednesday, Oct 29
FREE Shipping by Amazon

## Best Sellers in Backyard Birding & Wildlife

Page 1 of 7

10/24/25, 6:35 PM — Amazon.com : Bird Feeder with Camera, 2K HD AI Identify Birds Species, Smart Bird Feeder with Camera Solar Powered, Auto Record Birds Video, Instant Notifications, Ideal Gifts for Family and...

**Subtotal**
$0.00

Go to Cart

SMONET Bird
Feeder with
Camera
B300-GR:
Smart Bird...
was removed
from
Shopping
Cart.

**Wagner's 53002 Farmer's Delight Wild Bird Food with Cherry Flavor, 10-Pound Bag**
★★★★☆ 16,653
#1 Best Seller
$12⁴⁸ ($0.08/ounce)
Get it as soon as **Wednesday, Oct 29**
FREE Shipping on orders over $35 shipped by Amazon

**Kaytee Wild Bird Ultimate No Mess Wild Bird Food Seed For Cardinals, Finches, Chickadees,...**
★★★★☆ 10,994
Amazon's Choice
$21⁶⁴ ($2.22/lb)
Get it as soon as **Monday, Oct 27**
FREE Shipping on orders over $35 shipped by Amazon

**Kaytee Hummingbird ElectroNectar Wild Bird Food, Ready to Use, 64 Ounces**
★★★★☆ 27,219
#1 Best Seller
-9% $5⁹⁹
($0.16/fluid ounce)
Get it as soon as **Wednesday, Oct 29**
FREE Shipping on orders over $35 shipped by Amazon.

**I LOVE WORMS Dried Black Soldier Fly Larvae (5lb), 100% Natural No...**
★★★★☆ 2,512
-37% $22⁰⁰ ($4.42/lb)
Limited time deal
List $34.99
Get it as soon as **Tuesday, Nov 4**

**C&S Peanut Delight No Melt Suet Dough 11.75 Ounces, 8 Pack**
★★★★☆ 4,772
#1 Best Seller
$9⁹⁴ ($0.10/ounce)
Get it as soon as **Wednesday, Oct 29**
FREE Shipping on orders over $35 shipped by Amazon

**Wagner's 53003 Farmer's Delight Wild Bird Food with Cherry Flavor, 20-Pound Bag**
★★★★☆ 14,450
$19⁹⁸ ($0.06/ounce)
Get it as soon as **Wednesday, Oct 29**
FREE Shipping on orders over $35 shipped by Amazon

**Hatortempt Bulk Dried Mealworms - 10 Lb Bag - Non-GMO Dried Mealworms for Chickens, Ducks & Wild Birds -...**
★★★★☆ 15,975
$63⁹⁹ ($6.40/lb)
Get it as soon as **Monday, Oct 27**
FREE Shipping by Amazon

**Wagne Safflow Food,**
★★★
$11⁹⁸
Get it a
Oct 29
FREE SH
$35 shi

### Customers who viewed items in your browsing history also viewed
Page 1 of 6

**PeckCam® Bird Feeder with Camera Solar Powered, AI Identify & Auto Capture with 32G...**
★★★★☆ 195
-30% $69⁹⁸
Limited time deal
List: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
🍃 1 sustainability feature ⌄

**Smart Bird Feeder with Camera, 2K HD Birdwatching Camera with AI Identify Bird Species & Solar Panel,...**
★★★★☆ 146
-27% $79⁹⁹
List: $109.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
🍃 1 sustainability feature ⌄

**Kiwiibot Beako™ Smart Bird Feeder with 4K Camera Solar Powered...**
★★★★☆ 115
Amazon's Choice
-32% $169⁹⁹
List: $249.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**Bird Feeder with Camera,AI Identify Bird Species,Smart Bird Camera with Solar Powered,Auto Record...**
★★★★☆ 837
-35% $64⁹⁹
List Price: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**TT Nature Bird Feeder with Camera, Upgraded 1.5L Smart Birdhouse AI Identify for 10000 Plus Species, Auto Capture ...**
★★★★☆ 351
-47% $84⁹⁹
List: $159.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
🍃 1 sustainability feature ⌄

**Smart Bird Feeder with Camera Solar Powered & AI BI rd Identification, 2.4Ghz WiFi Bird feeders for Outdoors, 2K Live...**
★★★★☆ 425
-25% $59⁹⁹
List: $79.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**Smart Bird Feeder with Camera, AI Bird Species Identification Solar Powered Panel, 2.5k H...**
★★★★☆ 205
-60% $79⁹⁹
Limited time deal
Typical: $199.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**Bird Fe 1 Year Feeder Solar F WiFi, F**
★★★
-13%
List: $9
Oct 29
FREE Sh

**Your Browsing History** View or edit your browsing history

amazon
Deliver to KIM
Chicago 60604   All ▾
🔍   EN   Hello, KIM
Account & Lists   Returns & Orders   🛒

https://www.amazon.com/Identify-Species-Powered-Instant-Notifications/dp/B0DXTB6YZK/ref=sr_1_110?crid=2HUY0PEQL9CKI&dib=eyJ2IjoiMSJ9.6xB65VTekSAIS1B4xFwf00ZJW5Fl3e7kqlxntOOY8tA5uoNdl8g...   15/17



| Great Deals on Quality Used Products | Market America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| --- | --- | --- | --- | --- | --- | --- |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates.

Subtotal
$0.00

Go to Cart

SMONET Bird Feeder with Camera 8300-GR Smart Bird... was removed from Shopping Cart.

RichBird Official

10/24/25, 6:47 PM                    Amazon.com Seller Profile: RichBird Official





# RichBird Official

Visit the RichBird Official storefront

★★★★★ | **100% positive** in the last 12 months (46 ratings)

## About Seller

RichBird Official is committed to providing each customer with the highest standard of customer service.

**Have a question for RichBird Official?**

[ Ask a question ]

## Reviews

★★★★★ 5 out of 5
46 ratings

[ 12 months ⌄ ]

| | | |
|---|---|---|
| 5 star | ████████████ | 96% |
| 4 star | █ | 4% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

46 total ratings, 46 with feedback for 12 months ⓘ

★★★★★ "Why do you need a sd card "
By Noodles on September 3, 2025.

★★★★★ "I love it. "
By Barbara on August 29, 2025.

★★★★☆ "Please forgive me I was going to return I even started the process and I had someone elese look at it and now it seems to be working. At the time I received it... "
Read more



By Marian kibler on August 25, 2025.

★★★★★ "My fiancée absolutely loves this "

By russell sims on August 16, 2025.

★★★★★ "FIRST CLASS SELLER!!! Item as Described+FAST
Shipping+EXCELLENT Packaging+Excellent
Shipping+A+ "

By Wayne Anderson on August 12, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Richbird Shop Limited
**Business Address:**
ROOM 2 FLAT A 3/F YING CHEUNG BUILDING
21-23 GAU YUK ROAD
YUEN LONG NT
Hong Kong
999077
HK

## Shipping Policies



**Other Policies** ⌄

**Help** ⌄

**Products**

See all products currently offered by the seller.

Leave seller feedback

**Customers who viewed items in your browsing history also viewed**

10/24/25, 6:47 PM

Amazon.com Seller Profile: RichBird Official

    

**Smart Bird Feeder with Camera Solar Powered, 2K HD Video, AI Bird...**
★★★★☆ 253
Amazon's Choice
-44% $49⁹⁷
Ends in 20:12:43
List: $89.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**PeckCam® Bird Feeder with Camera Solar Powered, AI Identify & Auto Capture with 32G...**
★★★★☆ 195
-30% $69⁹⁸
Limited time deal
List: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
♻ 1 sustainability feature ⌄

**Smart Bird Feeder with Camera, 2K HD Birdwatching Camera with AI Identify Bird Species & Solar Panel,...**
★★★★☆ 146
-27% $79⁹⁹
List: $109.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**Kiwibit Beako™ Smart Bird Feeder with 4K Camera Solar Powered for Outdoors - Ultra HD...**
★★★★★ 115
-32% $169⁹⁹
Limited time deal
List: $249.98
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
16% Claimed
♻ 1 sustainability feature ⌄

**Bird Feeder with Camera, AI Identify E Species, Smart Bird Camera with Solar Powered, Auto Recor...**
★★★★☆ 837
-35% $64⁹⁹
List Price: $99.99
Get it as soon as **Wedne Oct 29**
FREE Shipping by Amaz

**Inspired by your browsing history**

10/24/25, 6:47 PM Amazon.com Seller Profile: RichBird Official



**JiaDuo Halloween Bat Costume for Baby Girl Boy Black Wing and Bow Headband Goth Hair Accessories**
★★★★☆ 107
$12⁹⁹
Get it as soon as **Wednesday, Oct 29**
FREE Shipping on orders over $35 shipped by Amazon



**Lulu Home Bat Wings for Kids, Black Wings for Halloween Costume Vampire Witch Dress Up Role Play Props Party Decoration**
★★★★☆ 274
$13⁹⁹-$14⁹⁹



**BROAIMX Smart Bird Feeder Camera, Free AI Forever, 1080P HD...**
★★★★☆ 205
Save 22%
-22% $69⁹⁹
Typical: $89.99
Lowest price in 30 days
Get it as soon as **Friday, Oct 31**
FREE Shipping by Amazon
Only 14 left in stock - order...



**Wagner's 53002 Farmer's Delight Wild Bird Food with Cherry Flavor, 10-Pound Bag**
★★★★☆ 16,653
#1 Best Seller
$12⁴⁸ ($0.08/ounce)
Get it as soon as **Wednesday, Oct 29**
FREE Shipping on orders over $35 shipped by Amazon



**ALIBBON Bat Wings Costume Chiffon Ba Wings Clothes for Women, Bat Wings I Up Accessories**
★★★★☆ 56
$11⁹⁹
Get it as soon as **Tuesda Nov 4**

## Your Browsing History
View or edit your browsing history

     



10/24/25, 6:47 PM                                    Amazon.com Seller Profile: RichBird Official

Reach customers                                                          Audiobook                              Shipping Software
wherever they                                                            Publishing                             Inventory
spend their time                                                         Made Easy                              Management

Amazon Business        Amazon Fresh          AmazonGlobal       Home Services        Amazon Web          Audible               Box Office Mojo
Everything For         Groceries & More      Ship Orders        Experienced Pros     Services            Listen to Books &     Find Movie
Your Business          Right To Your Door    Internationally    Happiness            Scalable Cloud      Original              Box Office Data
                                                                Guarantee            Computing           Audio
                                                                                     Services            Performances

Goodreads              IMDb                  IMDbPro            Kindle Direct        Amazon Photos       Prime Video Direct    Shopbop
Book reviews           Movies, TV            Get Info           Publishing           Unlimited Photo     Video Distribution    Designer
&                      & Celebrities         Entertainment      Indie Digital &      Storage             Made Easy             Fashion Brands
recommendations                              Professionals Need Print Publishing     Free With Prime
                                                                Made Easy

Amazon Resale          Whole Foods           Woot!              Zappos               Ring                eero WiFi             Blink
Great Deals on         Market                Deals and          Shoes &              Smart Home          Stream 4K Video       Smart Security
Quality Used           America's             Shenanigans        Clothing             Security Systems    in Every Room         for Every Home
Products               Healthiest
                       Grocery Store

                       Neighbors App         Amazon             PillPack             Amazon Renewed
                       Real-Time Crime       Subscription Boxes Pharmacy             Like-new products
                       & Safety Alerts       Top subscription   Simplified           you can trust
                                             boxes – right to
                                             your door

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ✔✗
© 1996-2025, Amazon.com, Inc. or its affiliates



species recognition or tap into the community's collective knowledge. Turn every bird visit into an engaging, educational journey

- Integrated Solar Power & All Weatherproof: Featuring a seamlessly integrated solar paneland and IP65-rated for continuous operation in all seasons, video bird feeder providing birds a reliable food source rain or shine

- Live HD Birdwatching: Bird feeder with camera connects effortlessly to your Wi-Fi ( ONLY 2.4GHz), and is equipped with a sharp 2K HD camera. The bird feeders for outdoors feature ultra-fast motion detection that captures birds in under 1 second. Enjoy crystal-clear, round-the-clock video with a wide 150° viewing angle and reliable night vision. RichBird Smart bird feeder with camera turns your backyard into a captivating virtual wildlife theater.

- Simple Setup & Squirrel Proof Bird Feeder: Mount your RichBird smart bird feeder flexibly on wall, tree, or poles for quick installation. Perfectly integrated into your garden, backyard, patio, farm or balcony and other outdoor places. The smart built-in dual microphone system of bird feeder deters pests – a simple screen button press emits sounds to gently discourage squirrels

- Bird Watching Gift: RichBird camera bird feeder includes 32GB SD and supports video storage via cloud storage (includes 500MB free for 2 years). The Bird feeder coming packaged in a bird-themed gift box and includes greeting card, is the ideal gift for Christmas, Father's Day, birthdays, or anniversaries. RichBird bird house with camera enables multi-user access for family and friends. Craft and share beautiful video compilations with ease

› See more product details

Report an issue with this product or seller

**Add to List** ▾

**Consider a similar item**

Bird Feeder with Camera, BBPECO Smart Bird House Cam with Instant Arrival Alerts, AI Identifies 10,000+ Species & Free Cloud Video, Suitable for Birdwatching (Powered by Birdty App)

★★★★★ (115)

$89.99

♻ 1 sustainability feature

**Similar items that may deliver to you quickly**

Page 1 of 4

‹                                                                                    ›

10/24/25, 6:46 PM          Amazon.com : Smart Bird Feeder with Camera, Solar Powered, Free AI Identify Auto Video Capture & 2K HD Video Bird Feeders for Outdoors with SD Card, Gift for Birdlover : Patio, Lawn & Gard...

      

| Smart Bird Feeder with Camera, 2K HD Birdwatching Camera with AI Identify Bird Species & Solar Panel,... | Smart Bird Feeder with Camera Solar Powered, 2K HD Video, AI Bird... | Rayki Metal Solar Powered Smart Bird Feeder with Camera, AI Identify with Solar Lights, 2K HD Cam & WiFi,... | Bird Feeder with Camera, BBPECO Smart Bird House Cam with Instant Arrival Alerts, AI... | 2K Smart Bird Feeder with Camera, Solar Powered, AI Identify 10,000+ Birds, 1.8L, IP65 Waterproof, Squirrel,... | Bird Feeder with Camera, Smart Bird House with Cam for Outside, 2K HD Auto Record Video, AI Identification & Instant... | Smart Bird Feeder Camera (Dual Panel), Solar Powered, Identify 11,000+ Birds with AI, Auto Capture & Notify, 2K HD Footage, Outdoor... |
|---|---|---|---|---|---|---|
| ★★★★☆ 146 | ★★★★½ 253 | ★★★★½ 50 | ★★★★★ 115 | ★★★★½ 162 | ★★★★½ 146 | ★★★★ 76 |
| -27% $79⁹⁹ | Amazon's Choice -44% $49⁹⁷ | $109⁹⁹ | #1 Best Seller | $89⁹⁹ | -27% $79⁹⁹ | $79⁹⁹ |
| List: $109.99 | Ends in 20:13:26 | | $89⁹⁹ | | List: $109.99 | This item will be released o... |
| Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | |
| FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon ♡ 1 sustainability feature ✔ | FREE Shipping by Amazon | FREE Shipping by Amazon | |

## Top rated similar items

Page 1 of 2 ⋮

‹        ›

| Bird Feeder with Camera,AI Identify Birds Species,Smart Bird Camera with Solar Powered,Auto Record... | birdsnap® PAV- Bird Feeder with Camera Solar Panel, 2K HD & 64GB Card, AI Identify Bird... | Dzees Smart Bird Feeder with Camera, Wildlife Feeder Camera Wireless Outdoor, AI Identify Bird Species, Auto Capture... | DOCOON Smart Bird Feeder with Camera, 2K HD AI Identify Birds Species, Biec Watching Camera with Solar Pan... | Bird Feeder with Camera,2K Live View,WiFi Smart Bird House with Cam Solar Powered for Outdoor,Night Vision,A... | Smart Bird Feeder with Camera, 2K HD Birdwatching Camera with AI Identify Bird Species & Solar Panel,... | Bird Feeder with Camera 2K HD Video AI Identify Species Solar Powered IP65 Waterproof Bird Camera Auto Capture... |
|---|---|---|---|---|---|---|
| ★★★★½ 837 | ★★★★½ 681 | ★★★★½ 285 | ★★★★½ 189 | ★★★★½ 217 | ★★★★½ 146 | ★★★★½ 200 |
| -35% $64⁹⁹ | Amazon's Choice -23% $99⁹⁹ | $79⁹⁹ | -25% $59⁹⁹ | -21% $49⁹⁹ | -27% $79⁹⁹ | -20% $55⁶⁹ |
| List Price: $99.99 | List Price: $129.99 | | List: $79.99 | List Price: $62.99 | List: $109.99 | Typical price: $69.99 |
| Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Nov 5** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** |
| FREE Shipping by Amazon | FREE Shipping by Amazon ♡ 1 sustainability feature ✔ | Only 7 left in stock - order... | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon |

## Product description

Note: 5GHz WiFi is not supported (2.4GHz only).









10/24/25, 6:46 PM          Amazon.com : Smart Bird Feeder with Camera, Solar Powered, Free AI Identify Auto Video Capture & 2K HD Video Bird Feeders for Outdoors with SD Card, Gift for Birdlover : Patio, Lawn & Gard...





10/24/25, 6:46 PM    Amazon.com : Smart Bird Feeder with Camera, Solar Powered, Free AI Identify Auto Video Capture & 2K HD Video Bird Feeders for Outdoors with SD Card, Gift for Birdlover : Patio, Lawn & Gard...



**From the brand**

10/24/25, 6:46 PM    Amazon.com : Smart Bird Feeder with Camera, Solar Powered, Free AI Identify Auto Video Capture & 2K HD Video Bird Feeders for Outdoors with SD Card, Gift for Birdlover : Patio, Lawn & Gard...



## Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it record at night?    Does it come with a mounting kit?    Is the app easy to use?    What is the video resolution?

Does it have a motion sensor?

## Product information

### Features & Specs

| | |
|---|---|
| Target Species | Bird |
| Recommended Uses For Product | Fruit, Nut, Seed |
| Additional Features | Built-In Camera, Long Lasting, Squirrel Proof, Weatherproof |
| Mounting Type | Hanging Mount |
| Power Source | Solar Powered |

### Measurements

| | |
|---|---|
| Capacity | 1.8 Liters |
| Item Weight | 2.08 Kilograms |

### Additional details

| | |
|---|---|
| Material Type | ABS Plastic |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Item details

| | |
|---|---|
| Brand Name | RichBird |
| Included Components | 32GB SD card, Greeting card, Smart Bird Feeder with Camera |
| Manufacturer | RichBird |
| Customer Reviews | 4.1 ★★★★☆ (46) 4.1 out of 5 stars |
| Best Sellers Rank | #111.026 in Pet Supplies (See Top 100 in Pet Supplies) #419 in Bird Feeders |
| ASIN | B0F42N4F1G |

### Style

| | |
|---|---|
| Color | Green |

10/24/25, 6:46 PM          Amazon.com : Smart Bird Feeder with Camera, Solar Powered, Free AI Identify Auto Video Capture & 2K HD Video Bird Feeders for Outdoors with SD Card, Gift for Birdlover : Patio, Lawn & Gard...

Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Videos



## Important information

### Safety Information

Always follow the manufacturer's instructions for safe installation and use. Keep the feeder clean and well-maintained to prevent the growth of mold or bacteria. Do not use the feeder if it is damaged or broken. Always supervise children when they are near the feeder. Do not use the feeder if it is damaged or broken. Always follow local regulations regarding the feeding of wildlife.

## Similar brands on Amazon

Sponsored ⓘ                                                                                                Page 1 of 2



10/24/25, 6:46 PM          Amazon.com : Smart Bird Feeder with Camera, Solar Powered, Free AI Identify Auto Video Capture & 2K HD Video Bird Feeders for Outdoors with SD Card, Gift for Birdlover : Patio, Lawn & Gard...

## Customer reviews

★★★★☆ 4.1 out of 5

46 global ratings

| | | |
|---|---|---|
| 5 star | | 56% |
| 4 star | | 20% |
| 3 star | | 13% |
| 2 star | | 4% |
| 1 star | | 7% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

### Customers say

Customers find the bird feeder's camera quality positive and appreciate its ease of setup. They like the live streaming feature, with one customer mentioning they can watch birds anytime, and another noting it brings them right to their phone. The feeder's functionality receives mixed feedback, with several customers reporting issues with solar power, and one noting it only operates on 2.4 GHz WiFi.

⚛ Generated from the text of customer reviews

Select to learn more

✓ Camera quality    ✓ Ease of setup    ✓ Bird diversity    ✓ Live streaming    — Wifi connectivity

⊖ Functionality

### Reviews with images

See all photos ›

### Top reviews from the United States

**Jennie Davis**

★★★★★ Love this!

Reviewed in the United States on August 14, 2025

Color: Green | Verified Purchase

This is a very easy to use bird feeder with camera. I love it! I got it for my mom because she can't see the birds at the window feeder anymore. This brings the birds right to her phone so she can watch them anytime. I definitely recommend this product!



One person found this helpful

[ Helpful ]  |  Report

**Amazon Customer**

★★★★☆  **Good Birdhouse, Okay App**

Reviewed in the United States on October 7, 2025

Color: Green  |  Verified Purchase

We have enjoyed this bird feeder immensely. So far, it has worked as advertised. We have found there is far more bird diversity in our area than we were aware of. The only issues we have had are due to the Coolfly it connects to. Nothing deal breaking, but the app could use some work.

For instance, you can either have alerts on or off. Nothing in between. So we have had to shut them off as it was constant not only for birds, but every time the dog went out the camera would catch it and alert us. The other frustrating thing is the camera can't be connected to Alexa in any way I can find. I would love to add it to the camera group on my Echo hub, but I have not found a way to so far.

[ Helpful ]  |  Report

**JM**

★★★★★  **Bird house - awesome gift!!!**

Reviewed in the United States on July 25, 2025

Color: Green  |  Verified Purchase

I purchased this item for a bird enthusiast along with the bird journal and they absolutely loved it. Can't wait to see his collection of photos and data.

[ Helpful ]  |  Report

**K. Beck**

★★★☆☆  **Couldn't Connect**

Reviewed in the United States on July 2, 2025

Color: Green  |  Verified Purchase

Although this device only operates on a 2.4 GHZ WiFi and I confirmed that my WiFi is 2.4 GHz, after multiple attempts I have been unable to get it to connect to my WiFi.

[ Helpful ]  |  Report

**Julz V.**

★★★★★  **Awesome**

Reviewed in the United States on August 3, 2025

Color: Green | Verified Purchase

Easy assembly, great camera

[ Helpful ]  |  Report

Melissa Johnston

★★★★★ **Still hanging in there in the Deep South!**
Reviewed in the United States on October 16, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

This bird feeder was placed on my sunroom window in June. It is now October and it is still in place and holding strong! I live in a very humid area and the windows often have condensation on the outsides due to the humid air and the temperature difference between outside and inside. I was concerned it might dislodge the suction cups but that has not been the case. The b rd seed has stayed dry and in good condition as well and I have not seen any seed look moldy or wet. Other critters (squirrels etc.) have not been able to get to it either. I'd definitely recommend this product to anyone who is a bird watcher or nature lover. I will be ordering 2 to give as Christmas gifts for family members who have other types of bird feeders because I think they'll enjoy the ease of use and quality of the product!

[ Helpful ]  |  Report

Susan

★☆☆☆☆ **Disappointed with feeder. Bought because reviews were good**
Reviewed in the United States on August 29, 2025
Color: Green | Verified Purchase

Stopped working in less than a week. Very disappointed. First it said it was offline with on WiFi. Then it said it was fully charged with WiFi. Then when trying to access the camera we got a message it was offline even though it said it was online (see picture).



[ Helpful ]  |  Report

MichelleM.

★★★★☆ **Fun to see what's visiting the yard**
Reviewed in the United States on August 23, 2025
Color: Green | Verified Purchase



This feeder has been a nice addition my back yard. Setup was pretty easy and the feeder connected without issue to my network. The included solar panel has been keeping the feeder fully charged. The clips are short (under 20 seconds) but that's generally long enough. It has a fun live view feature and you can send an alar  n to scare off squirrels who are on it. The app works fine and continues to be developed.

10/24/25, 6:46 PM                Amazon.com : Smart Bird Feeder with Camera, Solar Powered, Free AI Identify Auto Video Capture & 2K HD Video Bird Feeders for Outdoors with SD Card, Gift for Birdlover : Patio, Lawn & Gard...

Free and paid options are available in the app
(I'm using the free version).

One person found this helpful

Helpful    Report

See more reviews ›

**Customers who bought this item also bought**











| | | | | |
|---|---|---|---|---|
| Bird Feeder Pole Kit, 79 Inch Bird House Pole for Outdoors Heavy Duty,5 Base Prongs Adjustable Birds Feeder Stand for... | iBorn Squirrel Baffle for Bird Feeder Pole, 19.5" Oversized Squirrel Guard Defender, Bird Feeder for Outdoors Protector,... | Wagner's 53002 Farmer's Delight Wild Bird Food with Cherry Flavor, 10-Pound Bag | Kaytee Nut & Fruit Wild Bird Seed, 5 lb | Kaytee All American Wild Bird Food Seed Blend, 5 Pound |
| ★★★★½ 1,052 | ★★★★½ 434 | ★★★★½ 16,653 | ★★★★½ 14,906 | ★★★★½ 2,518 |
| $29⁹⁹ | -10% $17⁹⁹ | #1 Best Seller | #1 Best Seller | $5⁹⁹ ($1.20/lb) |
| Get it as soon as **Wednesday, Oct 29** | Typical: $19.99 | $12⁴⁸ ($0.08/ounce) | -30% $13³⁸ ($2.80/lb) | Get it as soon as **Monday, Oct 27** |
| FREE Shipping on orders over $35 shipped by Amazon | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | List: $19.99 | FREE Shipping on orders over $35 shipped by Amazon |
| | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | Get it as soon as **Monday, Oct 27** | |
| | | | FREE Shipping on orders over $35 shipped by Amazon | |

**Best Sellers in Pet Bird Supplies**

10/24/25, 6:46 PM    Amazon.com : Smart Bird Feeder with Camera, Solar Powered, Free AI Identify Auto Video Capture & 2K HD Video Bird Feeders for Outdoors with SD Card, Gift for Birdlover : Patio, Lawn & Gard...








**Kaytee Nut & Fruit Wild Bird Seed, 5 lb**
★★★★☆ 14,906
#1 Best Seller
-30% $13⁹⁸ ($2.80/lb)
List: $19.99
Get it as soon as **Monday, Oct 27**
FREE Shipping on orders over $35 shipped by Amazon

**Wild Harvest Daily Blend Nutrition Diet For Parakeet, Canary And Finch 10 Pounds**
★★★★☆ 14,108
$10⁹⁴ ($1.09/lb)
Get it as soon as **Monday, Oct 27**
FREE Shipping on orders over $35 shipped by Amazon

**Kaytee All American Wild Bird Food Seed Blend, 5 Pound**
★★★★☆ 2,518
$5⁹⁹ ($1.20/lb)
Get it as soon as **Monday, Oct 27**
FREE Shipping on orders over $35 shipped by Amazon

**ZuPreem FruitBlend Bird Pellets, Daily Bird Food for Cockatiel, Lovebird, Quaker, Small Conure, Lorikeet, Core Nutrition...**
★★★★☆ 7,642
-39% $11¹⁹ ($5.60/lb)
List: $18.49
Get it as soon as **Monday, Oct 27**
FREE Shipping on orders over $35 shipped by Amazon

**Kaytee Wild Bird (No Mess or Waste Free) Food Seed Blend For Blue Jays, Woodpeckers, Juncos, Cardinals, Grosbeaks,...**
★★★★☆ 4,767
-19% $16¹⁹
($0.10/ounce)
List: $19.99
Get it as soon as **Monday, Oct 27**
FREE Shipping on orders over $35 shipped by Amazon

**WORMSKING 5LB Dried Black Soldier Fly Larvae, More Calcium Than Dried Mealworms, High Prote...**
★★★★☆ 4,586
#1 Best Seller
$28⁹⁹ ($0.36/ounce)
Get it as soon as **Monday, Oct 27**
FREE Shipping on orders over $35 shipped by Amazon

## Customers who viewed items in your browsing history also viewed








**Smart Bird Feeder with Camera Solar Powered, 2K HD Video, AI Bird...**
★★★★☆ 253
Amazon's Choice
-44% $49⁹⁷
Ends in 20:13:26
List: $89.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**PeckCam® Bird Feeder with Camera Solar Powered, AI Identify & Auto Capture with 32G...**
★★★★☆ 195
-30% $69⁹⁸
Limited time deal
List: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
♲ 1 sustainability feature ⌄

**Smart Bird Feeder with Camera, 2K HD Birdwatching Camera with AI Identify Bird Species & Solar Panel,...**
★★★★☆ 146
-27% $79⁹⁹
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**Kiwibat Beako™ Smart Bird Feeder with 4K Bird Feeder for Outdoors - Ultra HD ...**
★★★★★ 115
-32% $169⁹⁹
Limited time deal
List: $249.98
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
16% Claimed

**Bird Feeder with Camera,AI Identify Birds Species,Smart Bird Camera with Solar Powered,Auto Record...**
★★★★☆ 837
-35% $64⁹⁹
List Price: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**TT Nature Bird Feeder with Camera, Upgraded 1.5L Smart Birdhouse AI Identify for 10000 Plus Species, Auto Capture ...**
★★★★☆ 351
-47% $84⁹⁹
List Price: $159.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
♲ 1 sustainability feature ⌄

**Your Browsing History** View or edit your browsing history

10/24/25, 6:46 PM          Amazon.com : Smart Bird Feeder with Camera, Solar Powered, Free AI Identify Auto Video Capture & 2K HD Video Bird Feeders for Outdoors with SD Card, Gift for Birdlover : Patio, Lawn & Gard...





10/24/25, 6:46 PM      Amazon.com : Smart Bird Feeder with Camera, Solar Powered, Free AI Identify Auto Video Capture & 2K HD Video Bird Feeders for Outdoors with SD Card, Gift for Birdlover : Patio, Lawn & Gard...

| Amazon Resale | Whole Foods | Woot! | Zappos | Ring | eero WiFi | Blink |
|---|---|---|---|---|---|---|
| Great Deals on Quality Used Products | Market America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | | Amazon Renewed Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates





**Why pay for delivery?**

**KIM, we're giving you Prime free for 30 days**   Try Prime free for 30 days

Get your Prime eligible items **Monday, Oct. 27** for FREE     Cancel anytime.

### Arriving Oct 27, 2025

If you order in the next 18 hours and 12 minutes

Smart Bird Feeder with Camera, Solar Powered, Free AI Identify Auto Video Capture & 2K HD Video Bird Feeders for Outdoors with SD Card, Gift for Birdlover
**$85.99**
& FREE Returns ⌄
Ships from Amazon.com
Sold by RichBird Official

1

Add gift options

○ **Monday, Oct 27**
**Fast, FREE Delivery**
FREE Prime Delivery with your free trial of Prime

○ **Wednesday, Oct 29**
FREE Delivery

● **Monday, Oct 27**
$6.99 - Delivery

Place your order   **Order total: $101.79**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

10/24/25, 6:47 PM                                                Place Your Order - Amazon Checkout

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart



Back to top

amazon

English          United States          Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

Lanpai



Amazon.com Seller Profile: Lanpai

10/24/25, 6:49 PM                                      Amazon.com Seller Profile: Lanpai



# Lanpai

Visit the Lanpai storefront

★★★★★ | **100% positive** in the last 12 months (11 ratings)

**Smart Bird Feeder with Camera, …**

$119⁹⁹

Add to Cart

## About Seller

Lanpai is committed to providing each customer with the highest standard of customer service.

**Have a question for Lanpai?**

Ask a question

## Reviews

★★★★★ 4.8 out of 5
11 ratings

12 months ∨

| | | |
|---|---|---|
| 5 star | ████████ | 82% |
| 4 star | ██ | 18% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ∨

Share your thoughts with other customers

**FILTER BY**

All stars ∨

11 total ratings, 11 with feedback for 12 months ⓘ

★★★★★  "We haven't really opened it up out of the box cause it's a Christmas present"
By Sheila Foley on August 29, 2025.

★★★★★  "It's fine"
By enootma on June 17, 2025.

★★★★★  "On time as said"
By Ron Shantz on June 17, 2025.

https://www.amazon.com/sp?ie=UTF8&seller=AQ22OZLOGQGNY&asin=B0DSSYBY1W&ref_=dp_merchant_lirk&isAmazonFulfilled=1                                    3/9



Leave seller feedback

★★★★★  "A-OK "

By Phyllis Ann Karr on April 25, 2025.

★★★★★  "Arrived on time in perfect condition. "

By M. W. Naylor on April 18, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhen Lanpai Trading Co., Ltd
**Business Address:**
沙井街道沙头社区民主九九工业区
福源厂新厂房A区C栋一层A
深圳市
宝安区
518125
CN

## Shipping Policies                                          ⌄

## Other Policies                                             ⌄



Amazon.com Seller Profile: Lanpai

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

**Customers who viewed items in your browsing history also viewed**

10/24/25, 6:49 PM                                        Amazon.com Seller Profile: Lanpai







**Smart Bird Feeder with Camera Solar Powered, 2K HD Video, AI Bird...**
★★★★½ 253
Amazon's Choice
-44% $49⁹⁷
Ends in 20:10:32
List: $89.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**PeckCam® Bird Feeder with Camera Solar Powered, AI Identify & Auto Capture with 32G...**
★★★★½ 195
-30% $69⁹⁸
**Limited time deal**
List: $99.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
🍃 1 sustainability feature ∨

**Smart Bird Feeder with Camera, 2K HD Birdwatching Camera with AI Identify Bird Species & Solar Panel,...**
★★★★½ 146
-27% $79⁹⁹
List: $109.99
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon

**Kiwibit Beako™ Smart Bird Feeder with 4K Camera Solar Powered for Outdoors - Ultra HD...**
★★★★★ 115
-32% $169⁹⁹
**Limited time deal**
List: $249.98
Get it as soon as **Wednesday, Oct 29**
FREE Shipping by Amazon
16% Claimed
🍃 1 sustainability feature ∨

**Bird Feeder with Camera,AI Identify E Species,Smart Bird Camera with Solar Powered,Auto Recor...**
★★★★½ 837
-35% $64⁹⁹
List Price: $99.99
Get it as soon as Wednε
Oct 29
FREE Shipping by Amaz

**Inspired by your browsing history**

10/24/25, 6:49 PM                                   Amazon.com Seller Profile: Lanpai



**JiaDuo Halloween Bat Costume for Baby Girl Boy Black Wing and Bow Headband Goth Hair Accessories**

★★★★☆ 107

$12$99

Get it as soon as **Wednesday, Oct 29**

FREE Shipping on orders over $35 shipped by Amazon



**Lulu Home Bat Wings for Kids, Black Wings for Halloween Costume Vampire Witch Dress Up Role Play Props Party Decoration**

★★★★☆ 274

$13$99-$14$99



**BROAIMX Smart Bird Feeder Camera, Free AI Forever, 1080P HD...**

★★★★☆ 205

Save 22%

-22% $69$99

Typical: $89.99

**Lowest price in 30 days**

Get it as soon as **Friday, Oct 31**

FREE Shipping by Amazon

Only 14 left in stock - order...



**Wagner's 53002 Farmer's Delight Wild Bird Food with Cherry Flavor, 10-Pound Bag**

★★★★☆ 16,653

#1 Best Seller

$12$48 ($0.08/ounce)

Get it as soon as **Wednesday, Oct 29**

FREE Shipping on orders over $35 shipped by Amazon



**ALIBBON Bat Wings Costume Chiffon Ba Wings Clothes for Women, Bat Wings I Up Accessories**

★★★★☆ 56

$11$99

Get it as soon as **Tuesda Nov 4**

## Your Browsing History  View or edit your browsing history

     



|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Reach customers wherever they spend their time |  |  | Audiobook Publishing Made Easy |  | Shipping Software Inventory Management |

| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |

| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |

| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |

| **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ✔✗

© 1996-2025, Amazon.com, Inc. or its affiliates



10/24/25, 6:48 PM     Amazon.com : Smart Bird Feeder with Camera, Solar Bird Feeder - 2K HD Live Video Camera AI Identify Birds, Visible Window Auto Capture -Instant Arrival Alerts, Birds Lover Gifts (Red) : Patio, ...

- 【3MP Ultra HD Camera with Night Vision】QUICTIGRY camera bird feeder 3MP Ultra HD high-resolution camera ensures crisp images and videos even in low-light, color night vision function and 160 ° wide-angle design, provide you with the best visual experience
- 【AI Intelligent Bird Recognition & Real Time Notification】Advanced birdwatching with this smart feeder camera, utilizing AI recognition technology to identify over 12,000 bird species; Bird feeder camera automatically captures birds as they arrive, and instantly sends high-resolution snapshots to your phone; it is ideal for bird watching camera enthusiasts
- 【Waterproof Design & Large Capacity Food Storage】This birdfeeder with camera features an IP65 weatherproof rating and a sturdy stand for enduring shelter. Bird feeders for outdoors 2L capacity container minimizes frequent refills, ensuring ample food storage for your avian visitors
- 【Multiple Energy Power Supply & Stable Connection】Equipped with a solar panel and a built-in 5200mAh rechargeable battery, this bird feeder camera, standby time about 3-4 months; Enhanced by a 5dB antenna, smart bird feeder with camera supports a stable 2.4G Wi-Fi connection, great for live video streaming from video bird feeder cameras, providing continuous footage of your bird watching moments
- 【Ideal for Sharing】This smart bird camera has the flexibility to record video and save it in real time to the cloud (free for 30 days) or to an SD card. In addition, each camera can be connected to up to 4 cell phones at the same time, enabling multiple people to share bird watching, ideal for birdwatchers, nature photographers, children and anyone who wants to bring the outdoors into their home and share the joy

› See more product details

▣ Report an issue with this product or seller

## Consider a similar item

Amazon's Choice

PeckCam® Bird Feeder with Camera Solar Powered, AI Identify & Auto Capture with 32GB Card, 2K HD Live Video Smart Bird Feeder Camera Instant Notifications in Backyard, Gift for Bird Lovers

★★★★☆ (195)

$69.98

♺ 1 sustainability feature

Subtotal
$0.00

Go to Cart

Smart Bird Feeder with Camera, Solar Powered, Free... was removed from Shopping Cart.

## Buy it with



Total price: $148.97

Add all 3 to Cart

ℹ These items are shipped from and sold by different sellers.

10/24/25, 6:48 PM    Amazon.com : Smart Bird Feeder with Camera, Solar Bird Feeder - 2K HD Live Video Camera AI Identify Birds, Visible Window Auto Capture -Instant Arrival Alerts, Birds Lover Gifts (Red) : Patio, ...

**This item:** Smart Bird Feeder with Camera, Solar Bird Feeder - 2K HD HD Live Video Camera AI Identi...

Kaytee All American Wild Bird Food Seed Blend, 5 Pound

$5⁹⁹ ($1.20/lb)

Ottsuls Bird Feeder Pole, 109 Inch Heavy Duty Bird House Pole Kit for Outdoors, with 5-Prong Bas...

Show details

Subtotal
**$0.00**

Go to Cart

Smart Bird Feeder with Camera, Solar Powered, Free... was removed from Shopping Cart.

## Similar items that may deliver to you quickly

Page 1 of 4

      

| Smart Bird Feeder with Camera, Solar Bird Feeder - 2K HD Live Video Camera AI Identify Birds, Visible Window Auto... | Bird Feeder with Camera, AI Birds Identification, Solar Powered, Live View, Instant Alerts, Capture Bird Videos, 2K HD... | Bird Feeder with Camera, AI Identify Bird's Species Camera, Full HD Live Video Outdoor Adjustable Solar Smart Birds Feed... | Bird Feeder with Camera, 2K HD Live Video, Smart Bird Cam Solar Powere... | Camera Bird Feeder,Smart Bird Feeder with Camera,High-End Bamboo Birds Watching Cam,2K HD Came Solar... | Smart Bird Feeder with Camera Solar Powered - 2K HD Video Birdfeeder, AI Recognition, Real-Time Alerts, Weatherproof... | Bird Feeder with Camera with Solar Panel, Smart Birds Outdoor with AI Identify 11000+ Birds Species, 2k Hd Video Live Stream... |

★★★★½ 8 / ★★★★½ 8 / ★★★★½ 126 / ★★★★½ 35 / ★★★★½ 22 / ★★★★½ 20

$119⁹⁹ / -26% $56⁹⁹ List: $76.99 / -14% $59⁹⁹ List: $69.99 / -60% $39⁹⁹ Typical: $99.99 Save 60% Lowest price in 30 days / -41% $99⁹⁹ List Price: $169.99 / $49⁹⁹ / -27% $65⁹⁹ Typical: $89.99

Get it as soon as **Wednesday**, Oct 29
FREE Shipping by Amazon

Get it as soon as **Friday**, Oct 31
FREE Shipping by Amazon

Get it as soon as **Wednesday**, Oct 29
FREE Shipping by Amazon

Get it as soon as **Wednesday**, Oct 29
FREE Shipping by Amazon

Get it as soon as **Wednesday**, Oct 29
FREE Shipping by Amazon

Get it as soon as **Wednesday**, Oct 29
FREE Shipping by Amazon

Get it as soon as **Wednesday**, Oct 29
FREE Shipping by Amazon

## Based on your recent shopping trends

Page 1 of 22

      

| Smart Bird Feeder with Camera Solar Powered, 2K HD Video, AI Bird... | Smart Bird Feeder with Camera Solar Powered & AI Bird Identification, 2.4Ghz WiFi Bird feeders for Outdoors, 2K Live... | Smart Bird Feeder with Camera,2.5K Bird Watching Camera with AI Identify,Auto Capture Birds Videos &... | PeckCam® Bird Feeder with Camera Solar Powered, AI Identify & Auto Capture with 32G... | Smart Bird Feeder with Camera, 1.5L 4K HD AI Identification Bird Watching Camera with Solar Powered, Ideal Gi... | oddkont Bird Feeder with Camera - Smart Bird Cam with AI Identify BirdSpecies, Auto Record BirdVideo, Instant... | Billber Bird Feeder with Camera - Outdoor Smart High-Definition Hummingbird Feeder, Solar Panel & Night... |

★★★★½ 253 / ★★★★½ 425 / ★★★★½ 21 / ★★★★½ 195 / ★★★★½ 17 / ★★★★½ 287 / ★★★★½ 28

Amazon's Choice
-44% $49⁹⁷ List: $89.99 Ends in 20:11:12 / -25% $59⁹⁹ List: $79.99 / -50% $39⁹⁹ List: $79.99 / -30% $69⁹⁸ Limited time deal List: $99.99 / $47⁹⁹ / $69⁹⁹ / $39⁹⁹

Get it as soon as **Wednesday**, Oct 29
FREE Shipping by Amazon

Get it as soon as **Wednesday**, Oct 29
FREE Shipping by Amazon

Get it as soon as **Wednesday**, Oct 29
FREE Shipping by Amazon

Get it as soon as **Wednesday**, Oct 29
FREE Shipping by Amazon

Get it as soon as **Wednesday**, Oct 29
FREE Shipping by Amazon

Get it as soon as **Wednesday**, Oct 29
FREE Shipping by Amazon

Get it as soon as **Wednesday**, Oct 29
FREE Shipping by Amazon

⟲ 1 sustainability feature ⌄

**Product description**



10/24/25, 6:48 PM          Amazon.com : Smart Bird Feeder with Camera, Solar Bird Feeder - 2K HD Live Video Camera AI Identify Birds, Visible Window Auto Capture -Instant Arrival Alerts, Birds Lover Gifts (Red) : Patio, ...



Subtotal
$0.00

Go to Cart

Smart Bird
Feeder with
Camera, Solar
Powered,
Free... was
removed from
Shopping
Cart.

10/24/25, 6:48 PM          Amazon.com : Smart Bird Feeder with Camera, Solar Bird Feeder - 2K HD Live Video Camera AI Identify Birds, Visible Window Auto Capture -Instant Arrival Alerts, Birds Lover Gifts (Red) : Patio, ...





10/24/25, 6:48 PM    Amazon.com : Smart Bird Feeder with Camera, Solar Bird Feeder - 2K HD Live Video Camera AI Identify Birds, Visible Window Auto Capture -Instant Arrival Alerts, Birds Lover Gifts (Red) : Patio, ...



**Looking for specific info?**

Ask Rufus or search reviews and Q&A

Can it record videos?   Does it have night vision?   Is the camera motion activated?   What is the battery life?

Does it come with a mobile app?

## Product information

| Features & Specs | ^ |
| --- | --- |
| Target Species | Birds |
| Recommended Uses For Product | Seed |
| Additional Features | Built-In Camera, Flexible, Lightweight, Long Lasting, Weatherproof |
| Mounting Type | Freestanding |

| Item details | ^ |
| --- | --- |
| Brand Name | QUICTIGRY |
| Included Components | Mounting Kit |
| UPC | 756499456339 |
| Manufacturer | QUICTIGRY |

Subtotal
$0.00

Go to Cart

Smart Bird Feeder with Camera, Solar Powered, Free... was removed from Shopping Cart.

https://www.amazon.com/Smart-Bird-Feeder-Camera-Solar/dp/B0DSSYBY1W/ref=sr_1_194_sspa?crid=29Q59iGCWPOIY&dib=eyJ2IjoiMSJ9.Dx3XoEGBgyUbslhmle4QBqcOjmEVNdvxMHJjyFFx9dTwpwOv8xlefpi...    9/16

10/24/25, 6:48 PM          Amazon.com : Smart Bird Feeder with Camera, Solar Bird Feeder - 2K HD Live Video Camera AI Identify Birds, Visible Window Auto Capture -Instant Arrival Alerts, Birds Lover Gifts (Red) : Patio, ...



| | |
|---|---|
| Power Source | Battery Powered |

## Measurements ^

| | |
|---|---|
| Item Dimensions L x W x H | 8.86"L x 8.86"W x 10.43"H |
| Capacity | 2 Liters |
| Item Weight | 2.23 Kilograms |

## Style ^

| | |
|---|---|
| Color | Red |

**Warranty & Support**

**Amazon.com Return Policy: Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ⌄

| | |
|---|---|
| Customer Reviews | 5.0 ★★★★★ ⌄ (8) |
| | 5.0 out of 5 stars |
| Best Sellers Rank | #142,476 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden) |
| | #1,333 in Wild Bird Feeders |
| ASIN | B0DSSYBY1W |
| Item Height | 10.43 inches |

## Additional details ^

| | |
|---|---|
| Material Type | ABS, Polycarbonate with anti-oxidation, anti-ultraviolet & fireproof materials |

**Subtotal**
**$0.00**

Go to Cart

Smart Bird Feeder with Camera, Solar Powered, Free... was removed from Shopping Cart.

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2

<

Birdbuddy Smart Solar Pro Hummingbird Feeder with Camera - Al...
4.3 ★★★★☆ 166
$299.00

kiwibit
Kiwibit Beako™ Smart Bird Feeder with 4K Camera Solar Powered for Outdoor...
4.9 ★★★★★ 115
**32% off** Limited time deal

Bird Feeder with Camera Solar Powered : Smart Camera Bird Feeder 2K Live Fee...
4.7 ★★★★☆ 279
**50% off** Limited time deal

>

https://www.amazon.com/Smart-Bird-Feeder-Camera-Solar/dp/B0DSSYBY1W/ref=sr_1_194_sspa?crid=29Q59iGCWPOIY&dib=eyJ2IjoiMSJ9.Dx3XoEGBgyUbsihmIe4QBqcOjmEVNdvxMHJyFFx9dTwpwOv8xIefp...          10/16

10/24/25, 6:48 PM            Amazon.com : Smart Bird Feeder with Camera, Solar Bird Feeder - 2K HD Live Video Camera AI Identify Birds, Visible Window Auto Capture -Instant Arrival Alerts, Birds Lover Gifts (Red) : Patio, ...



my sensitivity set to low but it detects animal and people movements and my phone goes crazy with notifications, but that can be fixed by simply turning to face the other way. The camera can be charged either by solar or with a charging cord, and you can view the battery life in the app.Over all the camera and app functions together so well. The feeder also comes with multiple ways to be-able to set it up and hang it making instillation a breeze! The feeder itself looks stunning and feels very sturdy, not flimsy like cheap plastic. I love that you can customize how you want the feeder to be, with either fresh fruit, or humming bird water. There's a cut for water to add too. They are also removable if you prefer just the feeder. Overall the whole thing looks so nice, and is so easy you use and it honestly pretty fun for a bird lover! I think this would be a perfect gift for a bird enthusiast too!



[ Helpful ]   Report

**Corin**

★★★★★ **Nice bird camera**
Reviewed in the United States on October 22, 2025
Color: Style A-Green | **Amazon Vine Customer Review of Free Product** ( What's this? )

Arrived fast! Looks to be as advertised. I havent hooked it up yet, but will update my review once I do. Seems to be good quality so far. Decent size, not too big or small.

[ Helpful ]   Report

**Tikihete**

★★★★★ **Just as good as more expensive brands**
Reviewed in the United States on October 20, 2025
Color: Style A-Green | **Amazon Vine Customer Review of Free Product** ( What's this? )

The smart bird feeder captures clear video. The solar power keeps it running without needing frequent charging. The AI identification does not work well all the time, but the alerts are great for knowing when the birds are there. The feeder's window makes it easy to see the birds up close.

[ Helpful ]   Report

**Ivana**

★★★★★ **Fun camera to watch your birds**
Reviewed in the United States on October 2, 2025
Color: Blue

Bought this as a retirement gift for my parents, and they are absolutely thrilled! This fun camera allows them to watch birds without leaving the house. My father loves studying different birds' behaviors, and my mother enjoys keeping track of all their "visitors." The solar design is perfect for them, as they don't have to worry about charging at all. Thanks to this product for bringing them so much joy.

[ Helpful ]   Report

**Jeffrey Royster**

10/24/25, 6:48 PM          Amazon.com : Smart Bird Feeder with Camera, Solar Bird Feeder - 2K HD Live Video Camera AI Identify Birds, Visible Window Auto Capture -Instant Arrival Alerts, Birds Lover Gifts (Red) : Patio, …

★★★★★ **Wonderful feeder**
Reviewed in the United States on October 2, 2025
Color: Blue

A wonderful bird feeder! I particularly appreciate its waterproof design. After several heavy rains, the inside
remained dry, and the birdseed didn't get soggy. The camera has a wide-angle view that covers the entire
feeding area. Powered continuously by the solar panel, I never have to worry about missing a visit from a
beautiful bird. The quality justifies the price.

[ Helpful ]  |  Report

👤 Eddie Seals

★★★★★ **Great bird feeder and camera.**
Reviewed in the United States on October 2, 2025
Color: Blue

This isn't just a great bird feeder; it's an excellent wildlife camera. The solar-powered system allows it to
work 24/7 without interruption – I even recorded an opossum in the middle of the night! The video quality
is sharp enough to show off the "regulars" in my yard to my friends. While it's feature-packed, it also excels
at its primary job of feeding birds.

[ Helpful ]  |  Report

See more reviews ›

**Frequently purchased items with fast delivery**                                    Page 1 of 10

‹

| Smart Bird Feeder with Camera, AI Identify Species, Bird House with Solar Powered, Instant… | Solareye Bird Feeder with Camera, 2K HD Color Night View, AI Bird Identification, Auto Capture, Motion Detecti… | Bird Feeder with Camera, Full HD Live Video Outdoor Adjustable Solar Smart Birds Feed… | Osoori Bird Feeder with Camera, Smart AI Identify Wild Bird Feeders Camera, 1080P Auto Capture Bird's Video &… | Bird Feeder with Camera, AI Birds Identification, Solar Powered, Live View, Instant Alerts, Capture Bird Videos, 2K HD… | Bird Feeder with Camera, 2K HD Live Video, Smart Bird Cam Solar Powere… | Birdfy Smart Bird Feeder with Camera, Durable Metal Feeders for Outdoors, Auto-Identify & Record Video, Instant… |
| --- | --- | --- | --- | --- | --- | --- |
| ★★★★½ 159 | ★★★★★ 82 | ★★★★½ 126 | ★★★★½ 673 | ★★★★½ 8 | ★★★★★ 35 | ★★★★½ 179 |
| **Amazon's Choice** | | | | | | |
| -14% $85⁹⁹ | -50% $49⁹⁹ | -14% $59⁹⁹ | -6% $79⁹⁹ | -26% $56⁹⁹ | -60% $39⁹⁹ | -17% $199⁹⁹ |
| List: $99.99 | List: $99.99 | List: $99.99 | List: $84.99 | List: $76.99 | Typical: $99.99 | List Price: $239.99 |
| Get it as soon as Wednesday, Oct 29 | Get it as soon as Wednesday, Oct 29 | Get it as soon as Wednesday, Oct 29 | Get it as soon as Wednesday, Oct 29 | Get it as soon as Friday, Oct 31 | Lowest price in 30 days Get it as soon as Wednesday, Oct 29 | Get it as soon as Wednesday, Oct 29 |
| FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon |
| | | | | | | ♻ 3 sustainability features ⌄ |

›

**Best Sellers in Backyard Birding & Wildlife**

Subtotal
$0.00

[ Go to Cart ]

Smart Bird
Feeder with
Camera, Solar
Powered,
Free... was
removed from
Shopping
Cart.

10/24/25, 6:48 PM          Amazon.com : Smart Bird Feeder with Camera, Solar Bird Feeder - 2K HD Live Video Camera AI Identify Birds, Visible Window Auto Capture -Instant Arrival Alerts, Birds Lover Gifts (Red) : Patio, ...








| Wagner's 53002 Farmer's Delight Wild Bird Food with Cherry Flavor, 10-Pound Bag | Kaytee Wild Bird Ultimate No Mess Wild Bird Food Seed For Cardinals, Finches, Chickadees,... | Kaytee Hummingbird ElectroNectar Wild Bird Food, Ready to Use, 64 Ounces | I LOVE WORMS Dried Black Soldier Fly Larvae (5lb), 100% Natural No... | C&S Peanut Delight No Melt Suet Dough 11.75 Ounces, 8 Pack | Wagner's 53003 Farmer's Delight Wild Bird Food with Cherry Flavor, 20-Pound Bag |
|---|---|---|---|---|---|
| ★★★★☆ 16,653 | ★★★★☆ 10,994 | ★★★★☆ 27,219 | ★★★★☆ 2,512 | ★★★★☆ 4,772 | ★★★★☆ 14,450 |
| #1 Best Seller | Amazon's Choice | #1 Best Seller | | #1 Best Seller | |
| $12⁴⁸ ($0.08/ounce) | $21⁶⁴ ($2.22/lb) | -9% $9⁹⁹ | -37% $22⁰⁹ ($4.42/lb) | $9⁹⁴ ($0.10/ounce) | $19⁹⁸ ($0.06/ounce) |
| | | ($0.16/fluid ounce) | Limited time deal | | |
| | | Typical: $10⁹⁹ | List: $34.99 | | |

Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Monday, Oct 27** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Tuesday, Nov 4** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29**

FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon

### Customers who viewed items in your browsing history also viewed








| PeckCam® Bird Feeder with Camera Solar Powered, AI Identify & Auto Capture with 32G... | Smart Bird Feeder with Camera, 2K HD Birdwatching Camera with AI Identify Bird Species & Solar Panel,... | Kiwibit Beako™ Smart Bird Feeder with 4K | Bird Feeder with Camera,AI Identify Birds Species,Smart Bird Camera with Solar Powered,Auto Record... | TT Nature Bird Feeder with Camera, Upgraded 1.5L Smart Birdhouse AI Identify for 10000 Plus Species, Auto Capture ... | Smart Bird Feeder with Camera Solar Powered & AI BI rd Identification, 2.4Ghz WiFi Bird feeders for Outdoors, 2K Live... |
|---|---|---|---|---|---|
| ★★★★☆ 195 | ★★★★☆ 146 | ★★★★☆ 115 | ★★★★☆ 837 | ★★★★☆ 351 | ★★★★☆ 425 |
| -30% $69⁹⁸ | -27% $79⁹⁹ | Amazon's Choice | -35% $64⁹⁹ | -47% $84⁹⁹ | -25% $59⁹⁹ |
| Limited time deal | | -32% $169⁹⁹ | List Price: $99.99 | List Price: $159.99 | List: $79.99 |
| List: $99.99 | | Limited time deal | | | |
| | | List: $249.99 | | | |

Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29** | Get it as soon as **Wednesday, Oct 29**

FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon

🌿 1 sustainability feature ⌄ | | 🌿 1 sustainability feature ⌄ | | 🌿 1 sustainability feature ⌄ |

---

**Your Browsing History**   View or edit your browsing history



10/24/25, 6:48 PM        Amazon.com : Smart Bird Feeder with Camera, Solar Bird Feeder - 2K HD Live Video Camera AI Identify Birds, Visible Window Auto Capture -Instant Arrival Alerts, Birds Lover Gifts (Red) : Patio, ...

| Amazon Resale | Whole Foods | Woot! | Zappos | Ring | eero WiFi | Blink |
|---|---|---|---|---|---|---|
| Great Deals on Quality Used Products | Market America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

**Subtotal**
**$0.00**

[Go to Cart]

Smart Bird Feeder with Camera, Solar Powered, Free... was removed from Shopping Cart.

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates.



10/24/25, 8:49 PM                                          Place Your Order - Amazon Checkout

**amazon**                    Secure checkout ⌄                                    🛒 Cart

**Delivering to KIM**                                              Change

219 S DEARBORN ST, CHICAGO IL 60604, CHICAGO, IL, 60604-
1702, United States

Add delivery instructions

Pickup available nearby ⌄

---

**Paying with Mastercard 1011**                                   Change

Select a payment plan

Use a gift card, voucher, or promo code

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

⚠️ **Signature or one-time password required at time of delivery**

Please ensure someone will be physically present to provide the confidential one-time password or signature for this delivery in-person, and not over phone or intercom. We can't refund packages that are lost or stolen after you provide the one-time password to the driver for delivery. Learn more.

**Congratulations KIM, you are eligible for
30 days of Prime for $0!**

Get your Prime eligible items **Monday, Oct. 27** for FREE.

Try Prime free

---

Place your order

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

---

Items:                                    $119.99
Shipping & handling:                       $6.99
Estimated tax to be collected:            $12.30
**Order total:**                         **$139.28**

https://www.amazon.com/checkout/p/p-106-1802881-3448214/spc?pipelineType=Chewbacca&hasWorkingJavascript=1                1/3



10/24/25, 6:49 PM        Place Your Order - Amazon Checkout

**Why pay for delivery?**

**KIM, we're giving you Prime free for 30 days**    Try Prime free for 30 days

Get your Prime eligible items **Monday, Oct. 27** for FREE     Cancel anytime.

**Arriving Oct 27, 2025**

If you order in the next 18 hours and 10 minutes

Smart Bird Feeder with Camera, Solar Bird Feeder - 2K HD Live Video Camera AI Identify Birds, Visible Window Auto Capture - Instant Arrival Alerts, Birds Lover Gifts (Red)

**$119.99**

& FREE Returns ⌄

Ships from Amazon.com

Sold by Lanpai

🗑 1 +

Add gift options

○ **Monday, Oct 27**

**Fast, FREE Delivery**

**FREE Prime Delivery with your free trial of Prime**

○ **Wednesday, Oct 29**

FREE Delivery

● **Monday, Oct 27**

$6.99 - Delivery

---

**Place your order**    **Order total: $139.28**

By placing your order, you agree to Amazon's privacy notice and conditions of use.



10/24/25, 6:49 PM                                    Place Your Order - Amazon Checkout

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

