**EXHIBIT 3**

U.S. Reissued Patent No. RE50,605
Infringing Products: Bird Feeders with Cameras Identified by exemplary ASIN B0DTKDYJ8J

| CLAIM |
|---|
| The ornamental design for a combined bird feeder with camera, as shown and described.<br><br>FIG. 1 is a front and top perspective view of a combined bird feeder with camera, showing my new design.<br>FIG. 2 is a rear and bottom perspective view thereof;<br>FIG. 3 is a front elevation view thereof;<br>FIG. 4 is a rear elevation view thereof;<br>FIG. 5 is a left side elevation view thereof;<br>FIG. 6 is a right side elevation view thereof;<br>FIG. 7 is a top plan view thereof;<br>FIG. 8 is a bottom plan view thereof;<br>FIG. 9 is an enlarged portion view taken from encircled portion labeled, "FIG. 9 " in FIG. 1 ; and,<br>FIG. 10 is another perspective view thereof, shown in an alternative position.<br><br>The even broken lines in the figures illustrate portions of the combined bird feeder with camera that form no part of the claimed design. The dash dot dash lines in FIGS. 1 and 9 are for the purpose of depicting the boundary line of the enlarged view and form no part of the claim. |

U.S. Reissued Patent No. RE50,605
Infringing Products: Bird Feeders with Cameras Identified by exemplary ASIN B0DTKDYJ8J



U.S. Reissued Patent No. RE50,605
Infringing Products: Bird Feeders with Cameras Identified by exemplary ASIN B0DTKDYJ8J

| | |
|---|---|
| <br>FIG. 2 Amended | FIG. 2 comprises only broken lines that form no part of the claimed design. |

4

U.S. Reissued Patent No. RE50,605
Infringing Products: Bird Feeders with Cameras Identified by exemplary ASIN B0DTKDYJ8J



U.S. Reissued Patent No. RE50,605
Infringing Products: Bird Feeders with Cameras Identified by exemplary ASIN B0DTKDYJ8J



FIG. 4 comprises only broken lines that form no part of the claimed design.

U.S. Reissued Patent No. RE50,605
Infringing Products: Bird Feeders with Cameras Identified by exemplary ASIN B0DTKDYJ8J

| | |
|---|---|
|  | FIG. 5 comprises only broken lines that form no part of the claimed design. |

7

U.S. Reissued Patent No. RE50,605
Infringing Products: Bird Feeders with Cameras Identified by exemplary ASIN B0DTKDYJ8J



FIG. 6 comprises only broken lines that form no part of the claimed design.

8

U.S. Reissued Patent No. RE50,605
Infringing Products: Bird Feeders with Cameras Identified by exemplary ASIN B0DTKDYJ8J



FIG. 7 Amended

FIG. 7 comprises only broken lines that form no part of the claimed design.

9

U.S. Reissued Patent No. RE50,605
Infringing Products: Bird Feeders with Cameras Identified by exemplary ASIN B0DTKDYJ8J

| | |
|---|---|
| <br>FIG. 8 Amended | FIG. 8 comprises only broken lines that form no part of the claimed design. |

U.S. Reissued Patent No. RE50,605
Infringing Products: Bird Feeders with Cameras Identified by exemplary ASIN B0DTKDYJ8J



11

U.S. Reissued Patent No. RE50,605
Infringing Products: Bird Feeders with Cameras Identified by exemplary ASIN B0DTKDYJ8J

